**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Shunsei Tazaki and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN,<br><br>Defendants. | Case No. 2:23-cv-03151-ES-MAH<br><br>**SHUNSEI TAZAKI'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**MOTION DATE: September 5, 2023** |
| MARK J. BLOEDORN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP INC., DARREN MERCER, HAO (KEVIN) CHEN, DOZY MMOBUOSI,<br><br>Defendants. | Case No. 2:23-cv-03153-ES-MAH |

**PLEASE TAKE NOTICE** that, on September 5, 2023, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Esther Salas, situated at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room MLK 5A, Newark, New Jersey 07101, proposed lead plaintiff Shunsei Tazaki ("Movant"), by his counsel, will hereby move this Court for an Order (attached hereto): (1) consolidating the above-captioned related actions (the "Actions"); (2) appointing Movant as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B); (3) approving Movant's selection of Levi & Korsinsky, LLP ("L&K") as Lead Counsel; and (4) for any such further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law in Support of the Motion and the Declaration of Adam M. Apton for consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Lead Counsel dated August 7, 2023.

This Motion is made on the grounds that Movant believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes he had the "largest financial interest" in the relief sought by the Class in the Actions as a result of the substantial loss he suffered on his purchases of Tingo Group, Inc. ("Tingo" or the "Company") securities during the Class Period. Additionally, Movant also believes he "satisf[ies] the requirements of Rule 23 of the Federal Rules

of Civil Procedure" because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc).

Dated: August 7, 2023

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Shunsei Tazaki and
Proposed Lead Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby certify that on August 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Adam M. Apton*
Adam M. Apton