# EXHIBIT B

| Client Name | Shunsei Tazaki |
|---|---|
| Company Name | Tingo Group, Inc. |
| Ticker Symbol | TIO |
| Security Type | |
| Class Period Start | 12/1/2022 |
| Class Period End | 6/6/2023 |
| 90-DAY Lookback Period Start | 6/7/2023 |
| 90-DAY Lookback Period End | 8/7/2023 |
| 90-DAY Lookback Average | $ 01.33 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 514,912.52 |
| DURA LIFO* Total | $ 514,912.52 |
| Gross Shares Purchased | 170,015 |
| Net Shares Retained | 160,015 |
| Net Funds Expended | $750,826.11 |

### Shunsei Tazaki

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-17-2023 | 3182 | 3.45 | $ 10,977.90 | 06-29-2023 | 3182 | $ 01.32 | $ 4,200.24 | 3182 | - | $ 01.33 | | $ 6,777.66 | $ 6,777.66 |
| 05-17-2023 | 8 | 3.45 | $ 27.60 | 06-29-2023 | 8 | $ 01.33 | $ 10.64 | 8 | - | $ 01.33 | | $ 16.96 | $ 16.96 |
| 05-17-2023 | 10 | 3.45 | $ 34.50 | | | | - | 10 | 10 | $ 01.33 | $ 13.25 | $ 21.25 | $ 21.25 |
| 05-17-2023 | 600 | 3.81 | $ 2,286.00 | 06-29-2023 | 600 | $ 01.32 | $ 792.00 | 600 | - | $ 01.33 | | $ 1,494.00 | $ 1,494.00 |
| 05-17-2023 | 2200 | 3.81 | $ 8,382.00 | 06-29-2023 | 2200 | $ 01.32 | $ 2,904.00 | 2200 | - | $ 01.33 | | $ 5,478.00 | $ 5,478.00 |
| 05-19-2023 | 1785 | 4.7 | $ 8,389.50 | 06-29-2023 | 1785 | $ 01.32 | $ 2,356.20 | 1785 | - | $ 01.33 | | $ 6,033.30 | $ 6,033.30 |
| 05-19-2023 | 200 | 4.7 | $ 940.00 | 06-29-2023 | 200 | $ 01.32 | $ 264.00 | 200 | - | $ 01.33 | | $ 676.00 | $ 676.00 |
| 05-19-2023 | 400 | 4.7 | $ 1,880.00 | 06-29-2023 | 400 | $ 01.33 | $ 532.00 | 400 | - | $ 01.33 | | $ 1,348.00 | $ 1,348.00 |
| 05-19-2023 | 540 | 4.7 | $ 2,538.00 | 06-29-2023 | 540 | $ 01.32 | $ 712.80 | 540 | - | $ 01.33 | | $ 1,825.20 | $ 1,825.20 |
| 05-19-2023 | 560 | 4.7 | $ 2,632.00 | 06-29-2023 | 560 | $ 01.32 | $ 739.20 | 560 | - | $ 01.33 | | $ 1,892.80 | $ 1,892.80 |
| 05-19-2023 | 2515 | 4.7 | $ 11,820.50 | 06-29-2023 | 2515 | $ 01.32 | $ 3,319.80 | 2515 | - | $ 01.33 | | $ 8,500.70 | $ 8,500.70 |
| 05-19-2023 | 1985 | 4.8 | $ 9,528.00 | 06-29-2023 | 1985 | $ 01.32 | $ 2,620.20 | 1985 | - | $ 01.33 | | $ 6,907.80 | $ 6,907.80 |
| 05-19-2023 | 3215 | 4.8 | $ 15,432.00 | 06-29-2023 | 3215 | $ 01.32 | $ 4,243.80 | 3215 | - | $ 01.33 | | $ 11,188.20 | $ 11,188.20 |
| 05-19-2023 | 400 | 4.8 | $ 1,920.00 | 06-29-2023 | 400 | $ 01.32 | $ 528.00 | 400 | - | $ 01.33 | | $ 1,392.00 | $ 1,392.00 |
| 05-19-2023 | 400 | 4.8 | $ 1,920.00 | 06-29-2023 | 400 | $ 01.32 | $ 528.00 | 400 | - | $ 01.33 | | $ 1,392.00 | $ 1,392.00 |
| 05-19-2023 | 2185 | 4.5 | $ 9,832.50 | 06-29-2023 | 2185 | $ 01.37 | $ 2,993.45 | 2185 | - | $ 01.33 | | $ 6,839.05 | $ 6,839.05 |
| 05-19-2023 | 200 | 4.5 | $ 900.00 | 06-29-2023 | 200 | $ 01.36 | $ 272.00 | 200 | - | $ 01.33 | | $ 628.00 | $ 628.00 |
| 05-19-2023 | 1600 | 4.5 | $ 7,200.00 | 06-29-2023 | 1600 | $ 01.36 | $ 2,176.00 | 1600 | - | $ 01.33 | | $ 5,024.00 | $ 5,024.00 |
| 05-19-2023 | 500 | 4.5 | $ 2,250.00 | 06-29-2023 | 500 | $ 01.33 | $ 665.00 | 500 | - | $ 01.33 | | $ 1,585.00 | $ 1,585.00 |
| 05-19-2023 | 1515 | 4.5 | $ 6,817.50 | 06-29-2023 | 1515 | $ 01.32 | $ 1,999.80 | 1515 | - | $ 01.33 | | $ 4,817.70 | $ 4,817.70 |
| 05-19-2023 | 5335 | 4.5 | $ 24,007.50 | 06-29-2023 | 5335 | $ 01.36 | $ 7,255.60 | 5335 | - | $ 01.33 | | $ 16,751.90 | $ 16,751.90 |
| 05-19-2023 | 665 | 4.5 | $ 2,992.50 | 06-29-2023 | 665 | $ 01.37 | $ 911.05 | 665 | - | $ 01.33 | | $ 2,081.45 | $ 2,081.45 |
| 05-23-2023 | 3743 | 5.4 | $ 20,212.20 | 06-29-2023 | 3743 | $ 01.34 | $ 5,015.62 | 3743 | - | $ 01.33 | | $ 15,196.58 | $ 15,196.58 |
| 05-23-2023 | 15 | 5.4 | $ 81.00 | 06-29-2023 | 15 | $ 01.36 | $ 20.40 | 15 | - | $ 01.33 | | $ 60.60 | $ 60.60 |
| 05-23-2023 | 1400 | 5.45 | $ 7,630.00 | 06-29-2023 | 1400 | $ 01.34 | $ 1,876.00 | 1400 | - | $ 01.33 | | $ 5,754.00 | $ 5,754.00 |
| 05-23-2023 | 443 | 5.45 | $ 2,414.35 | 06-29-2023 | 443 | $ 01.34 | $ 593.62 | 443 | - | $ 01.33 | | $ 1,820.73 | $ 1,820.73 |
| 05-23-2023 | 200 | 5.45 | $ 1,090.00 | 06-29-2023 | 200 | $ 01.34 | $ 268.00 | 200 | - | $ 01.33 | | $ 822.00 | $ 822.00 |
| 05-23-2023 | 957 | 5.45 | $ 5,215.65 | 06-29-2023 | 957 | $ 01.34 | $ 1,282.38 | 957 | - | $ 01.33 | | $ 3,933.27 | $ 3,933.27 |
| 05-23-2023 | 1043 | 5.45 | $ 5,684.35 | 06-29-2023 | 1043 | $ 01.35 | $ 1,408.05 | 1043 | - | $ 01.33 | | $ 4,276.30 | $ 4,276.30 |
| 05-23-2023 | 257 | 5.45 | $ 1,400.65 | 06-29-2023 | 257 | $ 01.34 | $ 344.38 | 257 | - | $ 01.33 | | $ 1,056.27 | $ 1,056.27 |
| 05-23-2023 | 1200 | 5.46 | $ 6,552.00 | 06-29-2023 | 1200 | $ 01.35 | $ 1,620.00 | 1200 | - | $ 01.33 | | $ 4,932.00 | $ 4,932.00 |
| 05-23-2023 | 100 | 5.46 | $ 546.00 | 06-29-2023 | 100 | $ 01.35 | $ 135.00 | 100 | - | $ 01.33 | | $ 411.00 | $ 411.00 |
| 05-23-2023 | 642 | 5.47 | $ 3,511.74 | 06-29-2023 | 642 | $ 01.35 | $ 866.70 | 642 | - | $ 01.33 | | $ 2,645.04 | $ 2,645.04 |
| 05-23-2023 | 2044 | 5.4 | $ 11,037.60 | 06-29-2023 | 2044 | $ 01.32 | $ 2,698.08 | 2044 | - | $ 01.33 | | $ 8,339.52 | $ 8,339.52 |
| 05-23-2023 | 15 | 5.4 | $ 81.00 | 06-29-2023 | 15 | $ 01.35 | $ 20.25 | 15 | - | $ 01.33 | | $ 60.75 | $ 60.75 |
| 05-23-2023 | 2401 | 5.5 | $ 13,205.50 | 06-29-2023 | 2401 | $ 01.33 | $ 3,193.33 | 2401 | - | $ 01.33 | | $ 10,012.17 | $ 10,012.17 |
| 05-23-2023 | 334 | 5.5 | $ 1,837.00 | 06-29-2023 | 334 | $ 01.32 | $ 440.88 | 334 | - | $ 01.33 | | $ 1,396.12 | $ 1,396.12 |
| 05-23-2023 | 5206 | 5.5 | $ 28,633.00 | 06-29-2023 | 5206 | $ 01.32 | $ 6,871.92 | 5206 | - | $ 01.33 | | $ 21,761.08 | $ 21,761.08 |
| 05-23-2023 | 1661 | 5.45 | $ 9,052.45 | 06-29-2023 | 1661 | $ 01.31 | $ 2,175.91 | 1661 | - | $ 01.33 | | $ 6,876.54 | $ 6,876.54 |
| 05-23-2023 | 15 | 5.45 | $ 81.75 | 06-29-2023 | 15 | $ 01.33 | $ 19.95 | 15 | - | $ 01.33 | | $ 61.80 | $ 61.80 |
| 05-23-2023 | 2901 | 5.46 | $ 15,839.46 | 06-29-2023 | 2901 | $ 01.31 | $ 3,800.31 | 2901 | - | $ 01.33 | | $ 12,039.15 | $ 12,039.15 |
| 05-23-2023 | 3065 | 5.47 | $ 16,765.55 | 06-29-2023 | 3065 | $ 01.31 | $ 4,015.15 | 3065 | - | $ 01.33 | | $ 12,750.40 | $ 12,750.40 |
| 05-23-2023 | 738 | 5.47 | $ 4,036.86 | 06-29-2023 | 738 | $ 01.31 | $ 966.78 | 738 | - | $ 01.33 | | $ 3,070.08 | $ 3,070.08 |
| 05-23-2023 | 1300 | 5.47 | $ 7,111.00 | 06-29-2023 | 1300 | $ 01.31 | $ 1,703.00 | 1300 | - | $ 01.33 | | $ 5,408.00 | $ 5,408.00 |
| 05-23-2023 | 20 | 5.45 | $ 109.00 | 06-29-2023 | 20 | $ 01.31 | $ 26.20 | 20 | - | $ 01.33 | | $ 82.80 | $ 82.80 |
| 05-23-2023 | 200 | 5.45 | $ 1,090.00 | 06-29-2023 | 200 | $ 01.31 | $ 262.00 | 200 | - | $ 01.33 | | $ 828.00 | $ 828.00 |
| 05-23-2023 | 100 | 5.46 | $ 546.00 | 06-29-2023 | 100 | $ 01.31 | $ 131.00 | 100 | - | $ 01.33 | | $ 415.00 | $ 415.00 |
| 05-23-2023 | 685 | 5.4 | $ 3,699.00 | 06-27-2023 | 685 | $ 01.26 | $ 863.10 | 685 | - | $ 01.33 | | $ 2,835.90 | $ 2,835.90 |
| 05-23-2023 | 7300 | 5.4 | $ 39,420.00 | 06-27-2023 | 7300 | $ 01.26 | $ 9,198.00 | 7300 | - | $ 01.33 | | $ 30,222.00 | $ 30,222.00 |
| 05-23-2023 | 200 | 5.4 | $ 1,080.00 | 06-27-2023 | 200 | $ 01.27 | $ 254.00 | 200 | - | $ 01.33 | | $ 826.00 | $ 826.00 |
| 05-23-2023 | 1800 | 5.4 | $ 9,720.00 | 06-27-2023 | 1800 | $ 01.26 | $ 2,268.00 | 1800 | - | $ 01.33 | | $ 7,452.00 | $ 7,452.00 |

| Date | Qty | Price | Amount | Date | Qty | Qty | Price | Value | Amount | Qty | | Price | | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-23-2023 | 15 | 5.4 | $81.00 | 06-29-2023 | | 15 | $61.31 | | $19.65 | 15 | | $01.33 | | $61.35 | $61.35 |
| 05-23-2023 | 9285 | 5.3 | $49,210.50 | 06-27-2023 | | 9285 | $01.26 | | $11,699.10 | 9285 | - | $01.33 | | $37,511.40 | $37,511.40 |
| 05-23-2023 | 700 | 5.3 | $3,710.00 | 06-27-2023 | | 700 | $01.26 | | $882.00 | 700 | - | $01.33 | | $2,828.00 | $2,828.00 |
| 05-23-2023 | 15 | 5.3 | $79.50 | 06-27-2023 | | 15 | $01.26 | | $18.90 | 15 | - | $01.33 | | $60.60 | $60.60 |
| 05-23-2023 | 9985 | 5.2 | $51,922.00 | 06-14-2023 | | 9985 | $01.30 | | $12,980.50 | 9985 | - | $01.33 | | $38,941.50 | $38,941.50 |
| 05-23-2023 | 15 | 5.2 | $78.00 | 06-27-2023 | | 15 | $01.26 | | $18.90 | 15 | - | $01.33 | | $59.10 | $59.10 |
| 05-24-2023 | 9607 | 4.8 | $46,113.60 | 06-14-2023 | | 9607 | $01.29 | | $12,393.03 | 9607 | - | $01.33 | | $33,720.57 | $33,720.57 |
| 05-24-2023 | 378 | 4.8 | $1,814.40 | 06-14-2023 | | 378 | $01.29 | | $487.62 | 378 | - | $01.33 | | $1,326.78 | $1,326.78 |
| 05-24-2023 | 15 | 4.8 | $72.00 | 06-14-2023 | | 15 | $01.30 | | $19.50 | 15 | - | $01.33 | | $52.50 | $52.50 |
| 05-24-2023 | 9985 | 4.7 | $46,929.50 | 06-14-2023 | | 9985 | $01.30 | | $12,980.50 | 9985 | - | $01.33 | | $33,949.00 | $33,949.00 |
| 05-24-2023 | 15 | 4.7 | $70.50 | 06-14-2023 | | 15 | $01.29 | | $19.35 | 15 | - | $01.33 | | $51.15 | $51.15 |
| 05-24-2023 | 5588 | 4.9 | $27,381.20 | 06-13-2023 | | 5588 | $01.25 | | $6,985.00 | 5588 | - | $01.33 | | $20,396.20 | $20,396.20 |
| 05-24-2023 | 100 | 4.9 | $490.00 | 06-13-2023 | | 100 | $01.25 | | $125.00 | 100 | - | $01.33 | | $365.00 | $365.00 |
| 05-24-2023 | 324 | 4.9 | $1,587.60 | 06-13-2023 | | 324 | $01.25 | | $405.00 | 324 | - | $01.33 | | $1,182.60 | $1,182.60 |
| 05-24-2023 | 3873 | 4.9 | $18,977.70 | 06-13-2023 | | 3873 | $01.25 | | $4,841.25 | 3873 | - | $01.33 | | $14,136.45 | $14,136.45 |
| 05-24-2023 | 90 | 4.9 | $441.00 | 06-13-2023 | | 90 | $01.25 | | $112.50 | 90 | - | $01.33 | | $328.50 | $328.50 |
| 05-24-2023 | 10 | 4.9 | $49.00 | 06-13-2023 | | 10 | $01.25 | | $12.50 | 10 | - | $01.33 | | $36.50 | $36.50 |
| 05-24-2023 | 15 | 4.9 | $73.50 | 06-14-2023 | | 15 | $01.30 | | $19.50 | 15 | - | $01.33 | | $54.00 | $54.00 |
| 05-24-2023 | 2997 | 4.6 | $13,786.20 | 06-13-2023 | | 2997 | $01.25 | | $3,746.25 | 2997 | - | $01.33 | | $10,039.95 | $10,039.95 |
| 05-24-2023 | 1000 | 4.6 | $4,600.00 | 06-13-2023 | | 1000 | $01.25 | | $1,250.00 | 1000 | - | $01.33 | | $3,350.00 | $3,350.00 |
| 05-24-2023 | 400 | 4.6 | $1,840.00 | 06-13-2023 | | 400 | $01.25 | | $500.00 | 400 | - | $01.33 | | $1,340.00 | $1,340.00 |
| 05-24-2023 | 400 | 4.6 | $1,840.00 | 06-13-2023 | | 400 | $01.25 | | $500.00 | 400 | - | $01.33 | | $1,340.00 | $1,340.00 |
| 05-24-2023 | 100 | 4.6 | $460.00 | 06-13-2023 | | 100 | $01.25 | | $125.00 | 100 | - | $01.33 | | $335.00 | $335.00 |
| 05-24-2023 | 2900 | 4.6 | $13,340.00 | 06-13-2023 | | 2900 | $01.25 | | $3,625.00 | 2900 | - | $01.33 | | $9,715.00 | $9,715.00 |
| 05-24-2023 | 1500 | 4.6 | $6,900.00 | 06-13-2023 | | 1500 | $01.25 | | $1,875.00 | 1500 | - | $01.33 | | $5,025.00 | $5,025.00 |
| 05-24-2023 | 400 | 4.6 | $1,840.00 | 06-13-2023 | | 400 | $01.25 | | $500.00 | 400 | - | $01.33 | | $1,340.00 | $1,340.00 |
| 05-24-2023 | 288 | 4.6 | $1,324.80 | 06-13-2023 | | 288 | $01.25 | | $360.00 | 288 | - | $01.33 | | $964.80 | $964.80 |
| 05-24-2023 | 15 | 4.6 | $69.00 | 06-13-2023 | | 15 | $01.25 | | $18.75 | 15 | - | $01.33 | | $50.25 | $50.25 |
| 05-25-2023 | 9985 | 4 | $39,940.00 | 06-13-2023 | | 9985 | $01.25 | | $12,481.25 | 9985 | - | $01.33 | | $27,458.75 | $27,458.75 |
| 05-25-2023 | 15 | 4 | $60.00 | 06-13-2023 | | 15 | $01.25 | | $18.75 | 15 | - | $01.33 | | $41.25 | $41.25 |
| 05-26-2023 | 15 | 3.6 | $54.00 | 06-13-2023 | | 15 | $01.25 | | $18.75 | 15 | - | $01.33 | | $35.25 | $35.25 |
| 05-26-2023 | 2519 | 3.8 | $9,572.20 | 06-13-2023 | | 2519 | $01.25 | | $3,148.75 | 2519 | - | $01.33 | | $6,423.45 | $6,423.45 |
| 05-26-2023 | 7481 | 3.8 | $28,427.80 | 06-13-2023 | | 7481 | $01.25 | | $9,351.25 | 7481 | - | $01.33 | | $19,076.55 | $19,076.55 |
| 05-29-2023 | 10000 | 3.43 | $34,300.00 | 06-13-2023 | | 10000 | $04.20 | | $42,000.00 | 10000 | - | $01.33 | | -$7,700.00 | -$7,700.00 |
| 05-31-2023 | 10000 | 3.4 | $34,000.00 | 05-31-2023 | 10000 | | $04.10 | $41,000.00 | - | - | - | $01.33 | | -$7,000.00 | -$7,000.00 |
| **Total:** | **170,015** | | **$791,826.11** | | **10,000** | **160,005** | | **$41,000.00** | **$235,900.34** | **160,015** | **10** | | **$13.25** | **$514,912.52** | **$514,912.52** |

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.