POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movants Mohammad*
*Ashraful Hannan and Eli Lowry and*
*Proposed Lead Counsel for the Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN,<br><br>Defendants. | Case No. 2:23-cv-03151-ES-MAH<br><br>NOTICE OF MOTION OF MOHAMMAD ASHRAFUL HANNAN AND ELI LOWRY FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL<br><br>Motion Date: September 5, 2023 |

| MARK J. BLOEDORN, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:23-cv-03153-ES-MAH |
| --- | --- |
| Plaintiff, | |
| v. | |
| TINGO GROUP INC., DARREN MERCER, HAO (KEVIN) CHEN, DOZY MMOBUOSI, | |
| Defendants. | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Mohammad Ashraful Hannan and Eli Lowry (together, "Hannan and Lowry"), by and through their counsel, will and do hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Hannan and Lowry as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Tingo Group, Inc. securities between December 1, 2022 and June 6, 2023, both dates inclusive; and (3) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  August 7, 2023                    Respectfully submitted,

                                          POMERANTZ LLP

                                          */s/ Thomas H. Przybylowski*
                                          Thomas H. Przybylowski
                                          Jeremy A. Lieberman
                                          (*pro hac vice* application forthcoming)
                                          J. Alexander Hood II
                                          (*pro hac vice* application forthcoming)
                                          600 Third Avenue, 20th Floor
                                          New York, New York 10016
                                          Telephone: (212) 661-1100
                                          Facsimile: (917) 463-1044
                                          tprzybylowski@pomlaw.com

1

jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movants Mohammad
Ashraful Hannan and Eli Lowry and
Proposed Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
(*pro hac vice* application forthcoming)
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Movants
Mohammad Ashraful Hannan and Eli
Lowry*

2