COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TINGO GROUP, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:23-cv-03151-ES-MAH<br><br><u>CLASS ACTION</u> |
| MARK J. BLOEDORN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TINGO GROUP, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:23-cv-03153-ES-MAH<br><br><u>CLASS ACTION</u> |

DANG J. NGUYEN'S RESPONSE TO COMPETING LEAD
PLAINTIFF MOTIONS

MOTION DATE:  September 5, 2023

Six motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned related securities class actions.  *See* ECF 3-8.  Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff."  15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Dang J. Nguyen and his wife suffered more than $112,000 in losses as a result of defendants' alleged wrongdoing and satisfies the Rule 23 requirements at this stage, Mr. Nguyen recognizes that they did not suffer the greatest loss.  If the Court determines that the movants with greater losses do not satisfy the PSLRA's requirements for appointment as lead plaintiff, Mr. Nguyen remains ready, willing, and able to fulfill that role on behalf of the class.

DATED:  August 22, 2023

Respectfully submitted,

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN


  /s/Peter S. Pearlman
PETER S. PEARLMAN

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

4855-3551-5514.v1

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4855-3551-5514.v1