James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Gregory L. Thorpe*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Gregory L. Thorpe*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN, <br><br> Defendants. | Case No. 2:23-cv-03151-ES-MAH <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF GREGORY L. THORPE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| MARK J. BLOEDORN, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TINGO GROUP INC., DARREN MERCER, HAO (KEVIN) CHEN, DOZY MMOBUOSI, <br><br> Defendants. | Case No. 2:23-cv-03153-ES-MAH |

On August 7, 2023, Gregory L. Thorpe filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 5, the "Motion"). Five similar motions were filed by other putative class members in this action (Dkt. Nos. 3, 4, 6, 7, 8).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Thorpe does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Mr. Thorpe hereby withdraws his Motion.

By this withdrawal, Mr. Thorpe does not waive his rights to participate and recover as a class member in this litigation.

DATED: August 22, 2023                 Respectfully submitted,

                                       **CARELLA, BYRNE, CECCHI, OLSTEIN,
                                       BRODY & AGNELLO, P.C.**

                                       By:   _s/ James E. Cecchi_
                                       James E. Cecchi
                                       Donald A. Ecklund
                                       Kevin G. Cooper
                                       5 Becker Farm Road
                                       Roseland, New Jersey 07068
                                       Telephone: (973) 994-1700
                                       Email: jcecchi@carellabyrne.com
                                              decklund@carellabyrne.com
                                              kcooper@carellabyrne.com

                                       *Liaison Counsel for Gregory L. Thorpe*

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: clinehan@glancylaw.com

*Counsel for Gregory L. Thorpe*

2

**CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 22, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of New Jersey, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2023, at Roseland, New Jersey.

*/s/ James E. Cecchi*
James E. Cecchi

3