**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Shunsei Tazaki and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN, <br><br> Defendants. | Case No. 2:23-cv-03151-ES-MAH <br><br> **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF SHUNSEI TAZAKI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** <br><br> **MOTION DATE: September 5, 2023** |
| MARK J. BLOEDORN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TINGO GROUP INC., DARREN MERCER, HAO (KEVIN) CHEN, DOZY MMOBUOSI, <br><br> Defendants. | Case No. 2:23-cv-03153-ES-MAH |

I, ADAM M. APTON, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Levi & Korsinsky, LLP, Lead Counsel for movant Shunsei Tazaki ("Mr. Tazaki") and proposed Lead Counsel for the Class. I respectfully submit this supplemental declaration in further support of Mr. Tazaki's Motion for Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit A:** Loss Calculation for Krykhtin and Kanda accounting for sales on the last day of the Class Period, June 6, 2023, prepared by Mr. Tazaki's counsel. Transactions relevant to the June 6, 2023 sales are highlighted in yellow.

**Exhibit B:** Chart indicating Pavel Krykhtin's in-and-out transactions in Tingo Group, Inc. from May 16, 2023 through June 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of August, 2023      */s/ Adam M. Apton*
                                                                        Adam M. Apton

2

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby certify that on August 22, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Adam M. Apton*
Adam M. Apton