# EXHIBIT B

| ticker | law firm | account name | trade date | transaction type | quantity of shares | share price | Running Balance | comments |
|---|---|---|---|---|---|---|---|---|
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 12/1/2022 | IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 20267 | $ 04.15 | 20,267 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 100 | $ 04.15 | 20,367 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 7554 | $ 04.14 | 27,921 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 200 | $ 04.14 | 28,121 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 15 | $ 04.11 | 28,136 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 1211 | $ 04.10 | 29,347 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 100 | $ 04.10 | 29,447 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 200 | $ 04.10 | 29,647 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/17/2023 | P | 353 | $ 04.09 | 30,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/18/2023 | P | 1000 | $ 04.70 | 31,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/19/2023 | P | 500 | $ 04.36 | 31,500 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/22/2023 | P | 10 | $ 05.27 | 31,510 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | P | 10 | $ 04.96 | 31,520 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.03 | 29,520 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.02 | 27,520 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -1000 | $ 05.05 | 26,520 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -1000 | $ 05.07 | 25,520 | From 5/17 to 5/23 he purchased 31,520 shares. On 5/23 he sold 31,520 shares completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -200 | $ 05.08 | 25,320 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -1000 | $ 05.10 | 24,320 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -1000 | $ 05.14 | 23,320 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -706 | $ 05.07 | 22,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -100 | $ 05.07 | 22,514 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2900 | $ 05.07 | 19,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -3000 | $ 05.08 | 16,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.08 | 14,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.08 | 12,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.08 | 10,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -3000 | $ 05.09 | 7,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.11 | 5,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2000 | $ 05.03 | 3,614 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -2320 | $ 05.07 | 1,294 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -944 | $ 05.07 | 350 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -250 | $ 05.06 | 100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/23/2023 | S | -100 | $ 05.08 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/31/2023 | P | 10000 | $ 02.81 | 10,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/31/2023 | P | 10000 | $ 02.89 | 20,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 5/31/2023 | P | 10000 | $ 02.91 | 30,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/1/2023 | P | 10000 | $ 03.06 | 40,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/1/2023 | P | 1000 | $ 02.79 | 41,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1 | $ 03.19 | 41,001 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 42,001 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 43,001 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 44,001 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 50 | $ 02.88 | 44,051 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 50 | $ 02.89 | 44,101 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 100 | $ 02.87 | 44,201 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 100 | $ 02.88 | 44,301 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 100 | $ 02.89 | 44,401 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 03.03 | 45,401 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 03.01 | 46,401 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 885 | $ 02.88 | 47,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 48,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 49,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 50,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 51,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 52,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 53,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 54,286 | From 5/31 to 6/5 he purchased 57,970 shares. On 6/6 he sold 57,970 shares again completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 55,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 1000 | $ 02.88 | 56,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/2/2023 | P | 2 | $ 02.97 | 56,288 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 432 | $ 02.63 | 56,720 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.63 | 56,820 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.62 | 56,920 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.64 | 57,020 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.63 | 57,070 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.65 | 57,120 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.67 | 57,170 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.69 | 57,220 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.71 | 57,320 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.71 | 57,420 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.74 | 57,470 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.75 | 57,520 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 50 | $ 02.78 | 57,570 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.80 | 57,670 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.80 | 57,770 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.83 | 57,870 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/5/2023 | P | 100 | $ 02.84 | 57,970 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/6/2023 | S | -49614 | $ 01.30 | 8,356 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/6/2023 | S | -324 | $ 01.29 | 8,032 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/6/2023 | S | -200 | $ 01.31 | 7,832 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/6/2023 | S | -7832 | $ 01.31 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/6/2023 | CP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 6/7/2023 | 90IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Money Market | 8/7/2023 | 90CP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 12/1/2022 | IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 600 | $ 03.90 | 600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 38971 | $ 03.89 | 39,571 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 714 | $ 03.87 | 40,285 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 100 | $ 03.86 | 40,385 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 80 | $ 03.85 | 40,465 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 135 | $ 03.84 | 40,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 30000 | $ 03.87 | 70,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 4485 | $ 03.87 | 75,085 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 5216 | $ 03.84 | 80,301 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/16/2023 | P | 299 | $ 03.83 | 80,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/18/2023 | P | 10 | $ 04.72 | 80,610 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -60 | $ 04.80 | 80,550 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -3519 | $ 04.80 | 77,031 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -3447 | $ 04.80 | 73,584 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -200 | $ 04.90 | 73,384 | From 5/16 to 5/18 he purchased 80,610 shares. On 5/23 he sold 80,610 shares completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -9800 | $ 04.89 | 63,584 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -3071 | $ 04.95 | 60,513 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -6929 | $ 04.94 | 53,584 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -49 | $ 05.04 | 53,535 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -1951 | $ 05.03 | 51,584 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -10503 | $ 04.85 | 41,081 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -9103 | $ 04.84 | 31,978 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -531 | $ 04.83 | 31,447 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -100 | $ 04.83 | 31,347 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -4458 | $ 04.83 | 26,889 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -800 | $ 04.83 | 26,089 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -7 | $ 04.82 | 26,082 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -13570 | $ 04.82 | 12,512 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -100 | $ 04.82 | 12,412 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/23/2023 | S | -12412 | $ 04.81 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 2100 | $ 03.58 | 2,100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 1000 | $ 03.58 | 3,100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 2067 | $ 03.58 | 5,167 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 2138 | $ 03.59 | 7,305 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 2416 | $ 03.58 | 9,721 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 400 | $ 03.57 | 10,121 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 200 | $ 03.56 | 10,321 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 4846 | $ 03.54 | 15,167 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 6342 | $ 03.50 | 21,509 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 3658 | $ 03.50 | 25,167 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 7450 | $ 03.65 | 32,617 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 2500 | $ 03.64 | 35,117 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 50 | $ 03.62 | 35,167 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 2211 | $ 03.65 | 37,378 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 5985 | $ 03.64 | 43,363 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 1104 | $ 03.62 | 44,467 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 700 | $ 03.61 | 45,167 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 1189 | $ 03.61 | 46,356 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 100 | $ 03.60 | 46,456 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 5882 | $ 03.60 | 52,338 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 5449 | $ 03.67 | 57,787 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 19700 | $ 03.67 | 77,487 | On 5/26 to  he purchased 107,787 shares. On same day 5/26 he sold 107,787 shares again completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 200 | $ 03.67 | 77,687 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 100 | $ 03.67 | 77,787 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 10000 | $ 03.66 | 87,787 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 10000 | $ 03.65 | 97,787 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | P | 10000 | $ 03.66 | 107,787 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -2300 | $ 03.82 | 105,487 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -3022 | $ 03.81 | 102,465 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -53895 | $ 03.80 | 48,570 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -1342 | $ 03.92 | 47,228 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -1315 | $ 03.91 | 45,913 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -1800 | $ 03.90 | 44,113 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -5100 | $ 03.89 | 39,013 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -10000 | $ 03.88 | 29,013 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -3800 | $ 03.87 | 25,213 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -5000 | $ 03.86 | 20,213 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -6412 | $ 03.85 | 13,801 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -4900 | $ 03.84 | 8,901 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -5289 | $ 03.83 | 3,612 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -800 | $ 03.94 | 2,812 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -100 | $ 03.93 | 2,712 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/26/2023 | S | -2712 | $ 03.93 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 4200 | $ 03.05 | 4,200 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 4800 | $ 03.05 | 9,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 1000 | $ 03.04 | 10,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 10000 | $ 03.04 | 20,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 9900 | $ 03.04 | 29,900 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 100 | $ 03.03 | 30,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 10000 | $ 03.05 | 40,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 7600 | $ 02.99 | 47,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 2400 | $ 02.99 | 50,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 9000 | $ 03.02 | 59,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 1000 | $ 03.01 | 60,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 5950 | $ 03.02 | 65,950 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 2800 | $ 03.02 | 68,750 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 1250 | $ 03.02 | 70,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 9800 | $ 03.04 | 79,800 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 200 | $ 03.04 | 80,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 10000 | $ 03.05 | 90,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 324 | $ 02.98 | 90,324 | From 5/31 to 6/2 he purchased 137,018 shares. On 6/6 he sold 137,018 shares again completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 6688 | $ 02.99 | 97,012 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 2400 | $ 02.99 | 99,412 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 5398 | $ 02.99 | 104,810 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 2202 | $ 02.98 | 107,012 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 10000 | $ 02.99 | 117,012 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 10000 | $ 02.99 | 127,012 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 6968 | $ 02.98 | 133,980 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 5/31/2023 | P | 3032 | $ 02.98 | 137,012 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/2/2023 | P | 6 | $ 02.87 | 137,018 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -1550 | $ 01.28 | 135,468 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -83 | $ 01.28 | 135,385 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -15801 | $ 01.28 | 119,584 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -1369 | $ 01.27 | 118,215 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -16487 | $ 01.27 | 101,728 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -300 | $ 01.26 | 101,428 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -324 | $ 01.26 | 101,104 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -11218 | $ 01.26 | 89,886 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | S | -89886 | $ 01.25 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/6/2023 | CP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 6/7/2023 | 90IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Roth IRA | 8/7/2023 | 90CP | 0 | $ 00.00 | | |
| | | | | | | | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 12/1/2022 | IP | 0 | $ 00.00 | | |
| | | | | | | | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/16/2023 | P | 24516 | $ 04.10 | 24,516 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/16/2023 | P | 210 | $ 04.09 | 24,726 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/16/2023 | P | 277 | $ 04.07 | 25,003 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/16/2023 | P | 202 | $ 04.06 | 25,205 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/16/2023 | P | 2283 | $ 04.05 | 27,488 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/16/2023 | P | 512 | $ 04.04 | 28,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/18/2023 | P | 100 | $ 04.75 | 28,100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -2800 | $ 05.06 | 25,300 | From 5/16 to 5/18 he purchased 28,100 shares. On 5/23 he sold 28,100 shares completely selling out |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -3000 | $ 05.09 | 22,300 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -2000 | $ 05.09 | 20,300 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -412 | $ 04.93 | 19,888 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -700 | $ 04.92 | 19,188 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -14988 | $ 04.91 | 4,200 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -2000 | $ 05.01 | 2,200 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -2000 | $ 05.02 | 200 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -100 | $ 05.07 | 100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/23/2023 | S | -100 | $ 05.06 | 0 | |
| | | | | | | | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 1000 | $ 02.97 | 1,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 4000 | $ 03.10 | 5,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 7947 | $ 03.12 | 12,947 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 2053 | $ 03.10 | 15,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 10000 | $ 03.10 | 25,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 9400 | $ 03.10 | 34,400 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 200 | $ 03.10 | 34,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 400 | $ 03.09 | 35,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 4565 | $ 03.10 | 39,565 | From 5/31 to 6/2 he purchased 45,142 shares. On 6/6 he sold 45,142 shares again completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 1000 | $ 03.10 | 40,565 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 5/31/2023 | P | 4435 | $ 03.10 | 45,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/2/2023 | P | 1 | $ 02.89 | 45,001 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/2/2023 | P | 141 | $ 02.87 | 45,142 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | S | -800 | $ 01.26 | 44,342 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | S | -3960 | $ 01.26 | 40,382 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | S | -4641 | $ 01.26 | 35,741 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | S | -3 | $ 01.25 | 35,738 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | S | -11590 | $ 01.25 | 24,148 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | S | -24148 | $ 01.25 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/6/2023 | CP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 6/7/2023 | 90IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - Sep IRA | 8/7/2023 | 90CP | 0 | $ 00.00 | | |
| | | | | | | | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 12/1/2022 | IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 300 | $ 03.88 | 300 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 400 | $ 03.87 | 700 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 400 | $ 03.86 | 1,100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 36413 | $ 03.91 | 37,513 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 4457 | $ 03.90 | 41,970 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 350 | $ 03.89 | 42,320 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 4146 | $ 03.89 | 46,466 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 100 | $ 03.89 | 46,566 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 3092 | $ 03.88 | 49,658 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1442 | $ 03.87 | 51,100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 4150 | $ 03.98 | 55,250 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1888 | $ 03.97 | 57,138 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 710 | $ 03.96 | 57,848 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 5047 | $ 03.95 | 62,895 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 910 | $ 03.94 | 63,805 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 660 | $ 03.93 | 64,465 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1330 | $ 03.92 | 65,795 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 50 | $ 03.91 | 65,845 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 600 | $ 03.90 | 66,445 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 710 | $ 03.89 | 67,155 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 6979 | $ 03.90 | 74,134 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 994 | $ 03.89 | 75,128 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 150 | $ 03.88 | 75,278 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1877 | $ 03.86 | 77,155 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 48294 | $ 04.00 | 125,449 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1457 | $ 03.99 | 126,906 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 249 | $ 03.98 | 127,155 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 32430 | $ 04.00 | 159,585 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 250 | $ 03.99 | 159,835 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 165 | $ 03.99 | 160,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1000 | $ 03.96 | 161,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 2000 | $ 03.95 | 163,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1060 | $ 03.94 | 164,060 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 300 | $ 03.93 | 164,360 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 800 | $ 03.92 | 165,160 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 40 | $ 03.89 | 165,200 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 7902 | $ 03.90 | 173,102 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 2970 | $ 03.89 | 176,072 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 300 | $ 03.88 | 176,372 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1050 | $ 03.87 | 177,422 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1000 | $ 03.96 | 178,422 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1000 | $ 03.96 | 179,422 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 10000 | $ 03.94 | 189,422 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 10000 | $ 03.94 | 199,422 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 46769 | $ 04.00 | 246,191 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1000 | $ 03.99 | 247,191 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 100 | $ 03.98 | 247,291 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 1351 | $ 03.92 | 248,642 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 780 | $ 03.91 | 249,422 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 32578 | $ 03.98 | 282,000 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 600 | $ 03.96 | 282,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 967 | $ 03.96 | 283,567 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 33 | $ 03.94 | 283,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/16/2023 | P | 3000 | $ 03.97 | 286,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/18/2023 | P | 60 | $ 04.66 | 286,660 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.83 | 286,560 | From 5/16 to 5/18 he purchased 286,660 shares. On 5/23 he sold 286,660 shares completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -3757 | $ 04.82 | 282,803 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -12173 | $ 04.81 | 270,630 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -3200 | $ 04.90 | 267,430 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -301 | $ 04.90 | 267,129 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -200 | $ 04.88 | 266,929 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -2200 | $ 04.88 | 264,729 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -251 | $ 04.88 | 264,478 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -7349 | $ 04.87 | 257,129 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -200 | $ 04.94 | 256,929 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -270 | $ 04.79 | 256,659 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -7500 | $ 04.79 | 249,159 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -342 | $ 04.79 | 248,817 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -40 | $ 04.78 | 248,777 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -4335 | $ 04.78 | 244,442 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -20207 | $ 04.77 | 224,235 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -307 | $ 04.85 | 223,928 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1606 | $ 04.84 | 222,322 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.83 | 222,222 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1957 | $ 04.83 | 220,265 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -46631 | $ 04.83 | 173,634 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.87 | 173,534 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -959 | $ 04.86 | 172,575 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -200 | $ 04.86 | 172,375 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -48741 | $ 04.85 | 123,634 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -301 | $ 04.85 | 123,333 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -269 | $ 04.84 | 123,064 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -400 | $ 04.83 | 122,664 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -6905 | $ 04.83 | 115,759 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1000 | $ 04.86 | 114,759 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1185 | $ 04.86 | 113,574 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.86 | 113,474 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -2238 | $ 04.85 | 111,236 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -931 | $ 04.84 | 110,305 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.83 | 110,205 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1700 | $ 04.93 | 108,505 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -6266 | $ 04.92 | 102,239 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -12034 | $ 04.92 | 90,205 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.82 | 90,105 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -6400 | $ 04.81 | 83,705 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1050 | $ 04.80 | 82,655 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1800 | $ 04.79 | 80,855 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -3450 | $ 04.79 | 77,405 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -7745 | $ 04.78 | 69,660 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.86 | 69,560 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1330 | $ 04.80 | 68,230 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1131 | $ 04.79 | 67,099 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -2626 | $ 04.78 | 64,473 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -45666 | $ 04.77 | 18,807 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -133 | $ 04.83 | 18,674 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.83 | 18,574 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -966 | $ 04.82 | 17,608 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -3652 | $ 04.82 | 13,956 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -3 | $ 04.81 | 13,953 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -12452 | $ 04.80 | 1,501 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -100 | $ 04.82 | 1,401 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/23/2023 | S | -1401 | $ 04.81 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 4998 | $ 03.70 | 4,998 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 100 | $ 03.69 | 5,098 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 810 | $ 03.69 | 5,908 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 3500 | $ 03.69 | 9,408 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 500 | $ 03.69 | 9,908 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 7502 | $ 03.69 | 17,410 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 8498 | $ 03.69 | 25,908 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 10000 | $ 03.69 | 35,908 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 7891 | $ 03.69 | 43,799 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 2009 | $ 03.69 | 45,808 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 1500 | $ 03.69 | 47,308 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 12400 | $ 03.69 | 59,708 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 3700 | $ 03.68 | 63,408 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 2500 | $ 03.68 | 65,908 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | P | 10000 | $ 03.69 | 75,908 | On 5/26 to he purchased 75,908 shares. On same day 5/26 he sold 75,908 shares again completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -350 | $ 03.88 | 75,558 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -4685 | $ 03.88 | 70,873 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -43749 | $ 03.87 | 27,124 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -200 | $ 03.94 | 26,924 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -1400 | $ 03.93 | 25,524 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -11924 | $ 03.92 | 13,600 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -95 | $ 03.92 | 13,505 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -1705 | $ 03.91 | 11,800 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -700 | $ 03.90 | 11,100 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -200 | $ 03.90 | 10,900 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -7100 | $ 03.90 | 3,800 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -100 | $ 03.90 | 3,700 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -1000 | $ 03.89 | 2,700 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/26/2023 | S | -2700 | $ 03.89 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8292 | $ 03.14 | 8,292 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 2957 | $ 03.13 | 11,249 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 5700 | $ 03.12 | 16,949 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 10828 | $ 03.11 | 27,777 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1075 | $ 03.10 | 28,852 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 6136 | $ 03.10 | 34,988 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 4972 | $ 03.09 | 39,960 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 856 | $ 03.08 | 40,816 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 5100 | $ 03.07 | 45,916 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8783 | $ 02.96 | 54,699 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8400 | $ 02.96 | 63,099 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1600 | $ 02.95 | 64,699 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8300 | $ 02.98 | 72,999 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1600 | $ 02.98 | 74,599 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 100 | $ 02.98 | 74,699 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1473 | $ 02.97 | 76,172 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1600 | $ 02.97 | 77,772 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8561 | $ 03.00 | 86,333 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 99200 | $ 03.13 | 185,533 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 800 | $ 03.12 | 186,333 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 87506 | $ 03.15 | 273,839 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 500 | $ 03.15 | 274,339 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 11994 | $ 03.13 | 286,333 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 48189 | $ 03.17 | 334,522 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1800 | $ 03.17 | 336,322 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1800 | $ 03.17 | 338,122 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 2295 | $ 03.16 | 340,417 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1800 | $ 02.94 | 342,217 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 5000 | $ 02.96 | 347,217 | From 5/31 to 6/2 he purchased 452,131 shares. On 6/6 he sold 452,131 shares again completely selling out. |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 4200 | $ 02.96 | 351,417 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 800 | $ 02.96 | 352,217 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8200 | $ 02.97 | 360,417 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1800 | $ 02.96 | 362,217 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 10000 | $ 02.99 | 372,217 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 10000 | $ 02.99 | 382,217 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 10000 | $ 03.00 | 392,217 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1439 | $ 03.01 | 393,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 10000 | $ 02.96 | 403,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 9000 | $ 02.96 | 412,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 9959 | $ 02.98 | 422,615 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 41 | $ 02.98 | 422,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 100 | $ 02.97 | 422,756 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 900 | $ 02.96 | 423,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 9000 | $ 02.97 | 432,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 10000 | $ 02.96 | 442,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 1000 | $ 02.94 | 443,656 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 5/31/2023 | P | 8200 | $ 02.95 | 451,856 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/2/2023 | P | 1 | $ 02.87 | 451,857 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/2/2023 | P | 274 | $ 02.87 | 452,131 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -422 | $ 01.30 | 451,709 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -16007 | $ 01.30 | 435,702 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -7536 | $ 01.29 | 428,166 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -13009 | $ 01.28 | 415,157 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -3 | $ 01.27 | 415,154 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -25568 | $ 01.27 | 389,586 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -1300 | $ 01.26 | 388,286 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -50489 | $ 01.26 | 337,797 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | S | -337797 | $ 01.25 | 0 | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/6/2023 | CP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 6/7/2023 | 90IP | 0 | $ 00.00 | | |
| TIO | Saxena White P.A. | Pavel Krykhtin - St. Peters | 8/7/2023 | 90CP | 0 | $ 00.00 | | |