**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Proposed Liaison Counsel for the Class*

[*Additional counsel on signature page*]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:23-cv-03151-ES-MAH |
| Plaintiff, | Hon. Esther Salas |
| v. | <u>CLASS ACTION</u> |
| TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN, | ORAL ARGUMENT REQUESTED |
| Defendants. | |

(*caption continued on next page*)

### DECLARATION OF JAMES E. CECCHI IN SUPPORT OF
### PAVEL KRYKHTIN AND PERDEEP KANDA'S REPLY TO THE
### <u>COMPETING MOTION FOR LEAD PLAINTIFF APPOINTMENT</u>

| | |
|---|---|
| MARK J. BLOEDORN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>TINGO GROUP INC., DARREN MERCER, HAO (KEVIN) CHEN, and DOZY MMOBUOSI,<br><br>               Defendants. | Case No. 2:23-cv-03153-ES-MAH<br><br>Hon. Esther Salas<br><br><u>CLASS ACTION</u> |

I, James E. Cecchi, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New Jersey and this Court.  I am a member of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for proposed Lead Plaintiff Pavel Krykhtin and Perdeep Kanda ("Krykhtin and Kanda") and proposed Liaison Counsel for the Class in the above-captioned actions.  I submit this declaration in support of Krykhtin and Kanda's memorandum of law in further support of their motion for consolidation, appointment as Lead Plaintiff, and approval of selection of counsel, and in reply to the competing Lead Plaintiff motion.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:    June 6, 2023 article published by Bloomberg titled "Hindenburg Says Short Tingo Group" and Bloomberg stock chart for Tingo common stock from June 5-6, 2023;

EXHIBIT B:    Bloomberg price and volume table for Tingo common stock from June 5-6, 2023; and

EXHIBIT C:    Chart reflecting calculations of Krykhtin and Kanda's respective net shares held at the time of the Hindenburg report disclosure.

1

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 29th day of August 2023, at Roseland, New Jersey.

<u><em>/s/ James E. Cecchi</em></u><br>
James E. Cecchi

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ James E. Cecchi*
James E. Cecchi
