EXHIBIT A

# Hindenburg Says Short Tingo Group

**Published: Tue Jun 06 09:06:37 EDT 2023**

By Brandon Sapienza

(Bloomberg) --

Hindenburg Research is short Tingo Group, the firm says in a statement.

- Bloomberg News is reaching out to Tingo Group for comment
- Shares of Tingo Group fall 26% in premarket trading

To contact the reporter on this story:
Brandon Sapienza in New York at bsapienza@bloomberg.net

To contact the editor responsible for this story:
Max Zimmerman at mzimmerman90@bloomberg.net

**Bloomberg Law**®

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

