EXHIBIT B

TIO U $    ↑.8497  -0.04          M.8438/.8497Q    48 x66

At 16:30  Vo 2,770,8  O .87Q  H .90D  L .83K  Va 2.385M

| TIO US Equity | 99) Suggested Charts ▾ | 96) Actions ▾ | 97) Edit ▾ | | Bar Chart |

06/05/2023 - 06/06/2023  Last Px    Local CCY ▾  ☐ Mov Avgs ✏  ☐ Key Events

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | Daily ▼ | | ▾ | Chart | + Related Data ▾ | Add Data | « | ✏ Edit Chart ⚙ |

### TIO US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 06/06/2023 | 1.35 | 1.555 | 1.00 | 1.32 | 59.497M |
| Mo 06/05/2023 | 2.95 | 3.04 | 2.54 | 2.55 | 8.384M |

SN 2206006 EDT  GMT-4:00 H912-4676-173 29-Aug-2023 17:06:06

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2023 Bloomberg Finance L.P.