# EXHIBIT C

## Net Shares Purchased by Krykhtin and Kanda

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|---|
| **Paul Krykhtin - Money Market Account** | | | | | | | | | |
| Money Market | 05/17/23 | Buy | 20,267 | $4.1500 | | | | | |
| Money Market | 05/17/23 | Buy | 100 | $4.1500 | | | | | |
| Money Market | 05/17/23 | Buy | 7,554 | $4.1400 | | | | | |
| Money Market | 05/17/23 | Buy | 200 | $4.1400 | | | | | |
| Money Market | 05/17/23 | Buy | 15 | $4.1100 | | | | | |
| Money Market | 05/17/23 | Buy | 1,211 | $4.1000 | | | | | |
| Money Market | 05/17/23 | Buy | 100 | $4.1000 | | | | | |
| Money Market | 05/17/23 | Buy | 200 | $4.1000 | | | | | |
| Money Market | 05/17/23 | Buy | 353 | $4.0900 | | | | | |
| Money Market | 05/18/23 | Buy | 1,000 | $4.7000 | | | | | |
| Money Market | 05/19/23 | Buy | 500 | $4.3600 | | | | | |
| Money Market | 05/22/23 | Buy | 10 | $5.2700 | | | | | |
| Money Market | 05/23/23 | Buy | 10 | $4.9600 | | | | | |
| Money Market | 05/31/23 | Buy | 10,000 | $2.8100 | | | | | |
| Money Market | 05/31/23 | Buy | 10,000 | $2.8900 | | | | | |
| Money Market | 05/31/23 | Buy | 10,000 | $2.9100 | | | | | |
| Money Market | 06/01/23 | Buy | 10,000 | $3.0600 | | | | | |
| Money Market | 06/01/23 | Buy | 1,000 | $2.7900 | | | | | |
| Money Market | 06/02/23 | Buy | 1 | $3.1900 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 50 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 50 | $2.8900 | | | | | |
| Money Market | 06/02/23 | Buy | 100 | $2.8700 | | | | | |
| Money Market | 06/02/23 | Buy | 100 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 100 | $2.8900 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $3.0300 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $3.0100 | | | | | |
| Money Market | 06/02/23 | Buy | 885 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | | | | |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | 05/23/23 | Sell | (2,000) | $5.0300 |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | 05/23/23 | Sell | (2,000) | $5.0200 |
| Money Market | 06/02/23 | Buy | 1,000 | $2.8800 | | 05/23/23 | Sell | (1,000) | $5.0500 |
| Money Market | 06/02/23 | Buy | 2 | $2.9700 | | 05/23/23 | Sell | (1,000) | $5.0700 |
| Money Market | 06/05/23 | Buy | 432 | $2.6300 | | 05/23/23 | Sell | (200) | $5.0800 |
| Money Market | 06/05/23 | Buy | 100 | $2.6300 | | 05/23/23 | Sell | (1,000) | $5.1000 |
| Money Market | 06/05/23 | Buy | 100 | $2.6200 | | 05/23/23 | Sell | (1,000) | $5.1400 |
| Money Market | 06/05/23 | Buy | 100 | $2.6400 | | 05/23/23 | Sell | (706) | $5.0700 |
| Money Market | 06/05/23 | Buy | 50 | $2.6300 | | 05/23/23 | Sell | (100) | $5.0700 |
| Money Market | 06/05/23 | Buy | 50 | $2.6500 | | 05/23/23 | Sell | (2,900) | $5.0700 |
| Money Market | 06/05/23 | Buy | 50 | $2.6700 | | 05/23/23 | Sell | (3,000) | $5.0800 |
| Money Market | 06/05/23 | Buy | 50 | $2.6900 | | 05/23/23 | Sell | (2,000) | $5.0800 |
| Money Market | 06/05/23 | Buy | 100 | $2.7100 | | 05/23/23 | Sell | (2,000) | $5.0800 |
| Money Market | 06/05/23 | Buy | 100 | $2.7100 | | 05/23/23 | Sell | (2,000) | $5.0800 |
| Money Market | 06/05/23 | Buy | 50 | $2.7400 | | 05/23/23 | Sell | (3,000) | $5.0900 |

1

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| Money Market | 06/05/23 | Buy | 50 | $2.7500 | 05/23/23 | Sell | (2,000) | $5.1100 |
| Money Market | 06/05/23 | Buy | 50 | $2.7800 | 05/23/23 | Sell | (2,000) | $5.0300 |
| Money Market | 06/05/23 | Buy | 100 | $2.8000 | 05/23/23 | Sell | (2,320) | $5.0700 |
| Money Market | 06/05/23 | Buy | 100 | $2.8000 | 05/23/23 | Sell | (944) | $5.0700 |
| Money Market | 06/05/23 | Buy | 100 | $2.8300 | 05/23/23 | Sell | (250) | $5.0600 |
| Money Market | 06/05/23 | Buy | 100 | $2.8400 | 05/23/23 | Sell | (100) | $5.0800 |
| **Total Purchases / Sales** | | | **89,490** | | | | **(31,520)** | |
| **Net Purchases** | | | | | | | **57,970** | |

### Paul Krykhtin - Roth IRA Account

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| Roth IRA | 05/16/23 | Buy | 600 | $3.9000 | | | | |
| Roth IRA | 05/16/23 | Buy | 38,971 | $3.8900 | | | | |
| Roth IRA | 05/16/23 | Buy | 714 | $3.8700 | | | | |
| Roth IRA | 05/16/23 | Buy | 100 | $3.8600 | | | | |
| Roth IRA | 05/16/23 | Buy | 80 | $3.8500 | | | | |
| Roth IRA | 05/16/23 | Buy | 135 | $3.8400 | | | | |
| Roth IRA | 05/16/23 | Buy | 30,000 | $3.8700 | | | | |
| Roth IRA | 05/16/23 | Buy | 4,485 | $3.8700 | | | | |
| Roth IRA | 05/16/23 | Buy | 5,216 | $3.8400 | | | | |
| Roth IRA | 05/16/23 | Buy | 299 | $3.8300 | | | | |
| Roth IRA | 05/18/23 | Buy | 10 | $4.7200 | | | | |
| Roth IRA | 05/26/23 | Buy | 2,100 | $3.5800 | | | | |
| Roth IRA | 05/26/23 | Buy | 1,000 | $3.5800 | | | | |
| Roth IRA | 05/26/23 | Buy | 2,067 | $3.5800 | | | | |
| Roth IRA | 05/26/23 | Buy | 2,138 | $3.5900 | | | | |
| Roth IRA | 05/26/23 | Buy | 2,416 | $3.5800 | | | | |
| Roth IRA | 05/26/23 | Buy | 400 | $3.5700 | | | | |
| Roth IRA | 05/26/23 | Buy | 200 | $3.5600 | | | | |
| Roth IRA | 05/26/23 | Buy | 4,846 | $3.5400 | | | | |
| Roth IRA | 05/26/23 | Buy | 6,342 | $3.5000 | | | | |
| Roth IRA | 05/26/23 | Buy | 3,658 | $3.5000 | | | | |
| Roth IRA | 05/26/23 | Buy | 7,450 | $3.6500 | | | | |
| Roth IRA | 05/26/23 | Buy | 2,500 | $3.6400 | | | | |
| Roth IRA | 05/26/23 | Buy | 50 | $3.6200 | | | | |
| Roth IRA | 05/26/23 | Buy | 2,211 | $3.6500 | | | | |
| Roth IRA | 05/26/23 | Buy | 5,985 | $3.6400 | | | | |
| Roth IRA | 05/26/23 | Buy | 1,104 | $3.6200 | | | | |
| Roth IRA | 05/26/23 | Buy | 700 | $3.6100 | | | | |
| Roth IRA | 05/26/23 | Buy | 1,189 | $3.6100 | | | | |
| Roth IRA | 05/26/23 | Buy | 100 | $3.6000 | | | | |
| Roth IRA | 05/26/23 | Buy | 5,882 | $3.6000 | 05/23/23 | Sell | (60) | $4.8000 |
| Roth IRA | 05/26/23 | Buy | 5,449 | $3.6700 | 05/23/23 | Sell | (3,519) | $4.8000 |
| Roth IRA | 05/26/23 | Buy | 19,700 | $3.6700 | 05/23/23 | Sell | (3,447) | $4.8000 |
| Roth IRA | 05/26/23 | Buy | 200 | $3.6700 | 05/23/23 | Sell | (200) | $4.9000 |
| Roth IRA | 05/26/23 | Buy | 100 | $3.6700 | 05/23/23 | Sell | (9,800) | $4.8900 |
| Roth IRA | 05/26/23 | Buy | 10,000 | $3.6600 | 05/23/23 | Sell | (3,071) | $4.9500 |
| Roth IRA | 05/26/23 | Buy | 10,000 | $3.6500 | 05/23/23 | Sell | (6,929) | $4.9400 |
| Roth IRA | 05/26/23 | Buy | 10,000 | $3.6600 | 05/23/23 | Sell | (49) | $5.0400 |
| Roth IRA | 05/31/23 | Buy | 4,200 | $3.0500 | 05/23/23 | Sell | (1,951) | $5.0300 |
| Roth IRA | 05/31/23 | Buy | 4,800 | $3.0500 | 05/23/23 | Sell | (10,503) | $4.8500 |
| Roth IRA | 05/31/23 | Buy | 1,000 | $3.0400 | 05/23/23 | Sell | (9,103) | $4.8400 |
| Roth IRA | 05/31/23 | Buy | 10,000 | $3.0400 | 05/23/23 | Sell | (531) | $4.8300 |
| Roth IRA | 05/31/23 | Buy | 9,900 | $3.0400 | 05/23/23 | Sell | (100) | $4.8300 |
| Roth IRA | 05/31/23 | Buy | 100 | $3.0300 | 05/23/23 | Sell | (4,458) | $4.8300 |

2

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| Roth IRA | 05/31/23 | Buy | 10,000 | $3.0500 | 05/23/23 | Sell | (800) | $4.8300 |
| Roth IRA | 05/31/23 | Buy | 7,600 | $2.9900 | 05/23/23 | Sell | (7) | $4.8200 |
| Roth IRA | 05/31/23 | Buy | 2,400 | $2.9900 | 05/23/23 | Sell | (13,570) | $4.8200 |
| Roth IRA | 05/31/23 | Buy | 9,000 | $3.0200 | 05/23/23 | Sell | (100) | $4.8200 |
| Roth IRA | 05/31/23 | Buy | 1,000 | $3.0100 | 05/23/23 | Sell | (12,412) | $4.8100 |
| Roth IRA | 05/31/23 | Buy | 5,950 | $3.0200 | 05/26/23 | Sell | (2,300) | $3.8200 |
| Roth IRA | 05/31/23 | Buy | 2,800 | $3.0200 | 05/26/23 | Sell | (3,022) | $3.8100 |
| Roth IRA | 05/31/23 | Buy | 1,250 | $3.0200 | 05/26/23 | Sell | (53,895) | $3.8000 |
| Roth IRA | 05/31/23 | Buy | 9,800 | $3.0400 | 05/26/23 | Sell | (1,342) | $3.9200 |
| Roth IRA | 05/31/23 | Buy | 200 | $3.0400 | 05/26/23 | Sell | (1,315) | $3.9100 |
| Roth IRA | 05/31/23 | Buy | 10,000 | $3.0500 | 05/26/23 | Sell | (1,800) | $3.9000 |
| Roth IRA | 05/31/23 | Buy | 324 | $2.9800 | 05/26/23 | Sell | (5,100) | $3.8900 |
| Roth IRA | 05/31/23 | Buy | 6,688 | $2.9900 | 05/26/23 | Sell | (10,000) | $3.8800 |
| Roth IRA | 05/31/23 | Buy | 2,400 | $2.9900 | 05/26/23 | Sell | (3,800) | $3.8700 |
| Roth IRA | 05/31/23 | Buy | 5,398 | $2.9900 | 05/26/23 | Sell | (5,000) | $3.8600 |
| Roth IRA | 05/31/23 | Buy | 2,202 | $2.9800 | 05/26/23 | Sell | (6,412) | $3.8500 |
| Roth IRA | 05/31/23 | Buy | 10,000 | $2.9900 | 05/26/23 | Sell | (4,900) | $3.8400 |
| Roth IRA | 05/31/23 | Buy | 10,000 | $2.9900 | 05/26/23 | Sell | (5,289) | $3.8300 |
| Roth IRA | 05/31/23 | Buy | 6,968 | $2.9800 | 05/26/23 | Sell | (800) | $3.9400 |
| Roth IRA | 05/31/23 | Buy | 3,032 | $2.9800 | 05/26/23 | Sell | (100) | $3.9300 |
| Roth IRA | 06/02/23 | Buy | 6 | $2.8700 | 05/26/23 | Sell | (2,712) | $3.9300 |

**Total Purchases / Sales**   325,415   **(188,397)**

**Net Purchases**   137,018

**Paul Krykhtin - Sep IRA Account**

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| Sep IRA | 05/16/23 | Buy | 24,516 | $4.1000 | | | | |
| Sep IRA | 05/16/23 | Buy | 210 | $4.0900 | | | | |
| Sep IRA | 05/16/23 | Buy | 277 | $4.0700 | | | | |
| Sep IRA | 05/16/23 | Buy | 202 | $4.0600 | | | | |
| Sep IRA | 05/16/23 | Buy | 2,283 | $4.0500 | | | | |
| Sep IRA | 05/16/23 | Buy | 512 | $4.0400 | | | | |
| Sep IRA | 05/18/23 | Buy | 100 | $4.7500 | | | | |
| Sep IRA | 05/31/23 | Buy | 1,000 | $2.9700 | | | | |
| Sep IRA | 05/31/23 | Buy | 4,000 | $3.1000 | | | | |
| Sep IRA | 05/31/23 | Buy | 7,947 | $3.1200 | | | | |
| Sep IRA | 05/31/23 | Buy | 2,053 | $3.1000 | 05/23/23 | Sell | (2,800) | $5.0600 |
| Sep IRA | 05/31/23 | Buy | 10,000 | $3.1000 | 05/23/23 | Sell | (3,000) | $5.0900 |
| Sep IRA | 05/31/23 | Buy | 9,400 | $3.1000 | 05/23/23 | Sell | (2,000) | $5.0900 |
| Sep IRA | 05/31/23 | Buy | 200 | $3.1000 | 05/23/23 | Sell | (412) | $4.9300 |
| Sep IRA | 05/31/23 | Buy | 400 | $3.0900 | 05/23/23 | Sell | (700) | $4.9200 |
| Sep IRA | 05/31/23 | Buy | 4,565 | $3.1000 | 05/23/23 | Sell | (14,988) | $4.9100 |
| Sep IRA | 05/31/23 | Buy | 1,000 | $3.1000 | 05/23/23 | Sell | (2,000) | $5.0100 |
| Sep IRA | 05/31/23 | Buy | 4,435 | $3.1000 | 05/23/23 | Sell | (2,000) | $5.0200 |
| Sep IRA | 06/02/23 | Buy | 1 | $2.8900 | 05/23/23 | Sell | (100) | $5.0700 |
| Sep IRA | 06/02/23 | Buy | 141 | $2.8700 | 05/23/23 | Sell | (100) | $5.0600 |

**Total Purchases / Sales**   73,242   **(28,100)**

**Net Purchases**   45,142

**Paul Krykhtin - St. Peters Account**

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| St. Peters | 05/16/23 | Buy | 300 | $3.8800 | | | | |
| St. Peters | 05/16/23 | Buy | 400 | $3.8700 | | | | |
| St. Peters | 05/16/23 | Buy | 400 | $3.8600 | | | | |
| St. Peters | 05/16/23 | Buy | 36,413 | $3.9100 | | | | |
| St. Peters | 05/16/23 | Buy | 4,457 | $3.9000 | | | | |

3

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| St. Peters | 05/16/23 | Buy | 350 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 4,146 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 100 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 3,092 | $3.8800 | | | | |
| St. Peters | 05/16/23 | Buy | 1,442 | $3.8700 | | | | |
| St. Peters | 05/16/23 | Buy | 4,150 | $3.9800 | | | | |
| St. Peters | 05/16/23 | Buy | 1,888 | $3.9700 | | | | |
| St. Peters | 05/16/23 | Buy | 710 | $3.9600 | | | | |
| St. Peters | 05/16/23 | Buy | 5,047 | $3.9500 | | | | |
| St. Peters | 05/16/23 | Buy | 910 | $3.9400 | | | | |
| St. Peters | 05/16/23 | Buy | 660 | $3.9300 | | | | |
| St. Peters | 05/16/23 | Buy | 1,330 | $3.9200 | | | | |
| St. Peters | 05/16/23 | Buy | 50 | $3.9100 | | | | |
| St. Peters | 05/16/23 | Buy | 600 | $3.9000 | | | | |
| St. Peters | 05/16/23 | Buy | 710 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 6,979 | $3.9000 | | | | |
| St. Peters | 05/16/23 | Buy | 994 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 150 | $3.8800 | | | | |
| St. Peters | 05/16/23 | Buy | 1,877 | $3.8600 | | | | |
| St. Peters | 05/16/23 | Buy | 48,294 | $4.0000 | | | | |
| St. Peters | 05/16/23 | Buy | 1,457 | $3.9900 | | | | |
| St. Peters | 05/16/23 | Buy | 249 | $3.9800 | | | | |
| St. Peters | 05/16/23 | Buy | 32,430 | $4.0000 | | | | |
| St. Peters | 05/16/23 | Buy | 250 | $3.9900 | | | | |
| St. Peters | 05/16/23 | Buy | 165 | $3.9900 | | | | |
| St. Peters | 05/16/23 | Buy | 1,000 | $3.9600 | | | | |
| St. Peters | 05/16/23 | Buy | 2,000 | $3.9500 | | | | |
| St. Peters | 05/16/23 | Buy | 1,060 | $3.9400 | | | | |
| St. Peters | 05/16/23 | Buy | 300 | $3.9300 | | | | |
| St. Peters | 05/16/23 | Buy | 800 | $3.9200 | | | | |
| St. Peters | 05/16/23 | Buy | 40 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 7,902 | $3.9000 | | | | |
| St. Peters | 05/16/23 | Buy | 2,970 | $3.8900 | | | | |
| St. Peters | 05/16/23 | Buy | 300 | $3.8800 | | | | |
| St. Peters | 05/16/23 | Buy | 1,050 | $3.8700 | | | | |
| St. Peters | 05/16/23 | Buy | 1,000 | $3.9600 | | | | |
| St. Peters | 05/16/23 | Buy | 1,000 | $3.9600 | | | | |
| St. Peters | 05/16/23 | Buy | 10,000 | $3.9400 | | | | |
| St. Peters | 05/16/23 | Buy | 10,000 | $3.9400 | | | | |
| St. Peters | 05/16/23 | Buy | 46,769 | $4.0000 | | | | |
| St. Peters | 05/16/23 | Buy | 1,000 | $3.9900 | | | | |
| St. Peters | 05/16/23 | Buy | 100 | $3.9800 | | | | |
| St. Peters | 05/16/23 | Buy | 1,351 | $3.9200 | | | | |
| St. Peters | 05/16/23 | Buy | 780 | $3.9100 | 05/23/23 | Sell | (100) | $4.8300 |
| St. Peters | 05/16/23 | Buy | 32,578 | $3.9800 | 05/23/23 | Sell | (3,757) | $4.8200 |
| St. Peters | 05/16/23 | Buy | 600 | $3.9600 | 05/23/23 | Sell | (12,173) | $4.8100 |
| St. Peters | 05/16/23 | Buy | 967 | $3.9600 | 05/23/23 | Sell | (3,200) | $4.9000 |
| St. Peters | 05/16/23 | Buy | 33 | $3.9400 | 05/23/23 | Sell | (301) | $4.9000 |
| St. Peters | 05/16/23 | Buy | 3,000 | $3.9700 | 05/23/23 | Sell | (200) | $4.8800 |
| St. Peters | 05/18/23 | Buy | 60 | $4.6600 | 05/23/23 | Sell | (2,200) | $4.8800 |
| St. Peters | 05/26/23 | Buy | 4,998 | $3.7000 | 05/23/23 | Sell | (251) | $4.8800 |
| St. Peters | 05/26/23 | Buy | 100 | $3.6900 | 05/23/23 | Sell | (7,349) | $4.8700 |
| St. Peters | 05/26/23 | Buy | 810 | $3.6900 | 05/23/23 | Sell | (200) | $4.9400 |
| St. Peters | 05/26/23 | Buy | 3,500 | $3.6900 | 05/23/23 | Sell | (270) | $4.7900 |

4

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| St. Peters | 05/26/23 | Buy | 500 | $3.6900 | 05/23/23 | Sell | (7,500) | $4.7900 |
| St. Peters | 05/26/23 | Buy | 7,502 | $3.6900 | 05/23/23 | Sell | (342) | $4.7900 |
| St. Peters | 05/26/23 | Buy | 8,498 | $3.6900 | 05/23/23 | Sell | (40) | $4.7800 |
| St. Peters | 05/26/23 | Buy | 10,000 | $3.6900 | 05/23/23 | Sell | (4,335) | $4.7800 |
| St. Peters | 05/26/23 | Buy | 7,891 | $3.6900 | 05/23/23 | Sell | (20,207) | $4.7700 |
| St. Peters | 05/26/23 | Buy | 2,009 | $3.6900 | 05/23/23 | Sell | (307) | $4.8500 |
| St. Peters | 05/26/23 | Buy | 1,500 | $3.6900 | 05/23/23 | Sell | (1,606) | $4.8400 |
| St. Peters | 05/26/23 | Buy | 12,400 | $3.6900 | 05/23/23 | Sell | (100) | $4.8300 |
| St. Peters | 05/26/23 | Buy | 3,700 | $3.6800 | 05/23/23 | Sell | (1,957) | $4.8300 |
| St. Peters | 05/26/23 | Buy | 2,500 | $3.6800 | 05/23/23 | Sell | (46,631) | $4.8300 |
| St. Peters | 05/26/23 | Buy | 10,000 | $3.6900 | 05/23/23 | Sell | (100) | $4.8700 |
| St. Peters | 05/31/23 | Buy | 8,292 | $3.1400 | 05/23/23 | Sell | (959) | $4.8600 |
| St. Peters | 05/31/23 | Buy | 2,957 | $3.1300 | 05/23/23 | Sell | (200) | $4.8600 |
| St. Peters | 05/31/23 | Buy | 5,700 | $3.1200 | 05/23/23 | Sell | (48,741) | $4.8500 |
| St. Peters | 05/31/23 | Buy | 10,828 | $3.1100 | 05/23/23 | Sell | (301) | $4.8500 |
| St. Peters | 05/31/23 | Buy | 1,075 | $3.1000 | 05/23/23 | Sell | (269) | $4.8400 |
| St. Peters | 05/31/23 | Buy | 6,136 | $3.1000 | 05/23/23 | Sell | (400) | $4.8300 |
| St. Peters | 05/31/23 | Buy | 4,972 | $3.0900 | 05/23/23 | Sell | (6,905) | $4.8300 |
| St. Peters | 05/31/23 | Buy | 856 | $3.0800 | 05/23/23 | Sell | (1,000) | $4.8600 |
| St. Peters | 05/31/23 | Buy | 5,100 | $3.0700 | 05/23/23 | Sell | (1,185) | $4.8600 |
| St. Peters | 05/31/23 | Buy | 8,783 | $2.9600 | 05/23/23 | Sell | (100) | $4.8600 |
| St. Peters | 05/31/23 | Buy | 8,400 | $2.9600 | 05/23/23 | Sell | (2,238) | $4.8500 |
| St. Peters | 05/31/23 | Buy | 1,600 | $2.9500 | 05/23/23 | Sell | (931) | $4.8400 |
| St. Peters | 05/31/23 | Buy | 8,300 | $2.9800 | 05/23/23 | Sell | (100) | $4.8300 |
| St. Peters | 05/31/23 | Buy | 1,600 | $2.9800 | 05/23/23 | Sell | (1,700) | $4.9300 |
| St. Peters | 05/31/23 | Buy | 100 | $2.9800 | 05/23/23 | Sell | (6,266) | $4.9200 |
| St. Peters | 05/31/23 | Buy | 1,473 | $2.9700 | 05/23/23 | Sell | (12,034) | $4.9200 |
| St. Peters | 05/31/23 | Buy | 1,600 | $2.9700 | 05/23/23 | Sell | (100) | $4.8200 |
| St. Peters | 05/31/23 | Buy | 8,561 | $3.0000 | 05/23/23 | Sell | (6,400) | $4.8100 |
| St. Peters | 05/31/23 | Buy | 99,200 | $3.1300 | 05/23/23 | Sell | (1,050) | $4.8000 |
| St. Peters | 05/31/23 | Buy | 800 | $3.1200 | 05/23/23 | Sell | (1,800) | $4.7900 |
| St. Peters | 05/31/23 | Buy | 87,506 | $3.1500 | 05/23/23 | Sell | (3,450) | $4.7900 |
| St. Peters | 05/31/23 | Buy | 500 | $3.1500 | 05/23/23 | Sell | (7,745) | $4.7800 |
| St. Peters | 05/31/23 | Buy | 11,994 | $3.1300 | 05/23/23 | Sell | (100) | $4.8600 |
| St. Peters | 05/31/23 | Buy | 48,189 | $3.1700 | 05/23/23 | Sell | (1,330) | $4.8000 |
| St. Peters | 05/31/23 | Buy | 1,800 | $3.1700 | 05/23/23 | Sell | (1,131) | $4.7900 |
| St. Peters | 05/31/23 | Buy | 1,800 | $3.1700 | 05/23/23 | Sell | (2,626) | $4.7800 |
| St. Peters | 05/31/23 | Buy | 2,295 | $3.1600 | 05/23/23 | Sell | (45,666) | $4.7700 |
| St. Peters | 05/31/23 | Buy | 1,800 | $2.9400 | 05/23/23 | Sell | (133) | $4.8300 |
| St. Peters | 05/31/23 | Buy | 5,000 | $2.9600 | 05/23/23 | Sell | (100) | $4.8300 |
| St. Peters | 05/31/23 | Buy | 4,200 | $2.9600 | 05/23/23 | Sell | (966) | $4.8200 |
| St. Peters | 05/31/23 | Buy | 800 | $2.9600 | 05/23/23 | Sell | (3,652) | $4.8200 |
| St. Peters | 05/31/23 | Buy | 8,200 | $2.9700 | 05/23/23 | Sell | (3) | $4.8100 |
| St. Peters | 05/31/23 | Buy | 1,800 | $2.9600 | 05/23/23 | Sell | (12,452) | $4.8000 |
| St. Peters | 05/31/23 | Buy | 10,000 | $2.9900 | 05/23/23 | Sell | (100) | $4.8200 |
| St. Peters | 05/31/23 | Buy | 10,000 | $2.9900 | 05/23/23 | Sell | (1,401) | $4.8100 |
| St. Peters | 05/31/23 | Buy | 10,000 | $3.0000 | 05/26/23 | Sell | (350) | $3.8800 |
| St. Peters | 05/31/23 | Buy | 1,439 | $3.0100 | 05/26/23 | Sell | (4,685) | $3.8800 |
| St. Peters | 05/31/23 | Buy | 10,000 | $2.9600 | 05/26/23 | Sell | (43,749) | $3.8700 |
| St. Peters | 05/31/23 | Buy | 9,000 | $2.9600 | 05/26/23 | Sell | (200) | $3.9400 |
| St. Peters | 05/31/23 | Buy | 9,959 | $2.9800 | 05/26/23 | Sell | (1,400) | $3.9300 |
| St. Peters | 05/31/23 | Buy | 41 | $2.9800 | 05/26/23 | Sell | (11,924) | $3.9200 |
| St. Peters | 05/31/23 | Buy | 100 | $2.9700 | 05/26/23 | Sell | (95) | $3.9200 |
| St. Peters | 05/31/23 | Buy | 900 | $2.9600 | 05/26/23 | Sell | (1,705) | $3.9100 |

5

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|
| St. Peters | 05/31/23 | Buy | 9,000 | $2.9700 | 05/26/23 | Sell | (700) | $3.9000 |
| St. Peters | 05/31/23 | Buy | 10,000 | $2.9600 | 05/26/23 | Sell | (200) | $3.9000 |
| St. Peters | 05/31/23 | Buy | 1,000 | $2.9400 | 05/26/23 | Sell | (7,100) | $3.9000 |
| St. Peters | 05/31/23 | Buy | 8,200 | $2.9500 | 05/26/23 | Sell | (100) | $3.9000 |
| St. Peters | 06/02/23 | Buy | 1 | $2.8700 | 05/26/23 | Sell | (1,000) | $3.8900 |
| St. Peters | 06/02/23 | Buy | 274 | $2.8700 | 05/26/23 | Sell | (2,700) | $3.8900 |

**Total Purchases / Sales**            814,699                          (362,568)

**Net Purchases**                                                       452,131

**TOTAL PURCHASES & SALES FOR KRYKHTIN**     1,302,846               (610,585)

**TOTAL NET PURCHASES FOR KRYKHTIN**                                    692,261

### Perdeep Kanda - Perdeep Kanda Pension Account

| Account | Purchse Date | Trans. Type | Shares Traded | Price | Sale Date | Trans. Type | Shares Traded | Price |
|---|---|---|---|---|---|---|---|---|
| Perdeep Kanda Pension | 04/25/23 | p | 19,737 | $1.8765 | | | | |
| Perdeep Kanda Pension | 04/25/23 | p | 31,744 | $1.9446 | | | | |
| Perdeep Kanda Pension | 04/27/23 | p | 29,788 | $2.0872 | | | | |
| Perdeep Kanda Pension | 04/28/23 | p | 31,978 | $2.3460 | | | | |
| Perdeep Kanda Pension | 05/02/23 | p | 46,964 | $2.6413 | | | | |
| Perdeep Kanda Pension | 05/18/23 | p | 27,166 | $4.5678 | | | | |
| Perdeep Kanda Pension | 05/24/23 | p | 6,937 | $4.3248 | | | | |
| Perdeep Kanda Pension | 05/24/23 | p | 1,027 | $4.3248 | | | | |

**Total Purchases / Sales**            195,341                          0

**Net Purchases**                                                       195,341

### Perdeep Kanda - Denise Kanda Pension Account

| Account | Purchse Date | Trans. Type | Shares Traded | Price | Sale Date | Trans. Type | Shares Traded | Price |
|---|---|---|---|---|---|---|---|---|
| Denise Kanda Pension | 04/25/23 | p | 2,629 | $1.8765 | | | | |
| Denise Kanda Pension | 04/26/23 | p | 3,956 | $2.0372 | | | | |
| Denise Kanda Pension | 05/04/23 | p | 2,427 | $2.5753 | | | | |

**Total Purchases / Sales**            9,012                            0

**Net Purchases**                                                       9,012

### Perdeep Kanda - Perdeep Kanda ISA Account

| Account | Purchse Date | Trans. Type | Shares Traded | Price | Sale Date | Trans. Type | Shares Traded | Price |
|---|---|---|---|---|---|---|---|---|
| Perdeep Kanda ISA | 04/24/23 | p | 9,000 | $2.0100 | | | | |
| Perdeep Kanda ISA | 04/24/23 | p | 11,000 | $1.8500 | | | | |
| Perdeep Kanda ISA | 04/27/23 | p | 11,000 | $2.1900 | | | | |
| Perdeep Kanda ISA | 04/28/23 | p | 6,700 | $2.2300 | | | | |
| Perdeep Kanda ISA | 05/02/23 | p | 350 | $2.5500 | | | | |
| Perdeep Kanda ISA | 05/02/23 | p | 8,500 | $2.5800 | | | | |

**Total Purchases / Sales**            46,550                           0

**Net Purchases**                                                       46,550

### Perdeep Kanda - Denise Kanda ISA Account

| Account | Purchse Date | Trans. Type | Shares Traded | Price | Sale Date | Trans. Type | Shares Traded | Price |
|---|---|---|---|---|---|---|---|---|
| Denise Kanda ISA | 04/28/23 | p | 11,000 | $2.2900 | | | | |
| Denise Kanda ISA | 05/01/23 | p | 8,500 | $2.5300 | | | | |
| Denise Kanda ISA | 05/01/23 | p | 25,000 | $2.4500 | | | | |
| Denise Kanda ISA | 05/08/23 | p | 5,500 | $2.7400 | | | | |

**Total Purchases / Sales**            50,000                           0

**Net Purchases**                                                       50,000

6

| Account | Purchse Date | Trans. Type | Shares Purchased | Price | | Sale Date | Trans. Type | Shares Sold | Price |
|---|---|---|---|---|---|---|---|---|---|
| **Perdeep Kanda - Jai Kanda ISA Account** | | | | | | | | | |
| Jai Kanda ISA | 04/27/23 | p | 2,500 | $2.2000 | | | | | |
| Jai Kanda ISA | 04/28/23 | p | 1,200 | $2.3000 | | | | | |
| Jai Kanda ISA | 05/01/23 | p | 1,700 | $2.5200 | | | | | |
| Jai Kanda ISA | 05/24/23 | p | 590 | $4.1800 | | | | | |
| **Total Purchases / Sales** | | | **5,990** | | | | | **0** | |
| **Net Purchases** | | | | | | | | **5,990** | |
| | | | | | | | | | |
| Uma Kanda ISA | 04/28/23 | p | 2,500 | $2.2700 | | | | | |
| Uma Kanda ISA | 04/28/23 | p | 1,450 | $2.3000 | | | | | |
| Uma Kanda ISA | 05/04/23 | p | 1,300 | $2.5600 | | | | | |
| Uma Kanda ISA | 05/24/23 | p | 550 | $4.1800 | | | | | |
| **Total Purchases / Sales** | | | **5,800** | | | | | **0** | |
| **Net Purchases** | | | | | | | | **5,800** | |
| **Perdeep Kanda - Denise Kanda Trading Account** | | | | | | | | | |
| Denise Kanda Trading | 04/24/23 | p | 2,452 | $2.0100 | | | | | |
| Denise Kanda Trading | 04/28/23 | p | 5,472 | $2.2890 | | | | | |
| Denise Kanda Trading | 05/18/23 | p | 1,000 | $3.9400 | | | | | |
| Denise Kanda Trading | 05/18/23 | p | 4,000 | $3.8700 | | | | | |
| Denise Kanda Trading | 05/23/23 | p | 4,000 | $4.8400 | | 05/19/23 | s | (5,000) | $5.3000 |
| **Total Purchases / Sales** | | | **16,924** | | | | | **(5,000)** | |
| **Net Purchases** | | | | | | | | **11,924** | |

**TOTAL PURCHASES & SALES FOR KANDA**    329,617    (5,000)
**TOTAL NET PURCHASES FOR KANDA**    324,617

**GRAND OF TOTAL NET SHARES PURCHASES**    1,016,878

7