| | |
|---|---|
| James E. Cecchi<br>Donald A. Ecklund<br>**CARELLA, BYRNE, CECCHI,**<br>**OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br><br>*Liaison Counsel for Gregory L. Thorpe* | Robert V. Prongay<br>Charles H. Linehan<br>Pavithra Rajesh<br>**GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Fax: (310) 201-9160<br><br>*Counsel for Gregory L. Thorpe* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN,<br><br>Defendants. | Case No. 2:23-cv-03151-ES-MAH<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF GREGORY L. THORPE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| MARK J. BLOEDORN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP INC., DARREN MERCER, HAO (KEVIN) CHEN, DOZY MMOBUOSI,<br><br>Defendants. | Case No. 2:23-cv-03153-ES-MAH |

On August 7, 2023, Gregory L. Thorpe filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 5, the "Motion"). Five similar motions were filed by other putative class members in this action (Dkt. Nos. 3, 4, 6, 7, 8).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Thorpe does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Mr. Thorpe hereby withdraws his Motion.

By this withdrawal, Mr. Thorpe does not waive his rights to participate and recover as a class member in this litigation.

DATED: August 22, 2023

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: *s/ James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com
　　　　decklund@carellabyrne.com
　　　　kcooper@carellabyrne.com

*Liaison Counsel for Gregory L. Thorpe*

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: clinehan@glancylaw.com

*Counsel for Gregory L. Thorpe*

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 8/31/2023

2