October 10, 2023

**Via ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**   *Arbour v. Tingo Group, Inc., et al.,*
> **Civil Action No: 2:23-cv-03151 (ES-MAH)**

Dear Judge Hammer:

Proposed lead plaintiff Pavel Krykhtin and Perdeep Kanda ("Krykhtin and Kanda") and proposed lead plaintiff Shunsei Tazaki ("Tazaki", and together with Krykhtin and Kanda, the "Competing Movants"), by and through their undersigned counsel, submit this joint letter proposing the following schedule for the motions for appointment of lead plaintiff pursuant to this Court's Order (ECF No. 26).

By way of background, the Competing Movants each timely filed motions for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel (ECF Nos. 3 and 7, respectively), responses in further support of their motions (ECF Nos. 16 and 17, respectively), and replies to the competing motions (ECF Nos. 19 and 20, respectively). All other competing movants filed notices of non-opposition or withdrew their motion (ECF Nos. 11, 12, 14, 15). On September 28, 2023, the Court entered an order granting the motions to consolidate (ECF No. 25). On September 29, 2023, the Court entered an order terminating the motions to appoint lead plaintiff and lead counsel and directing the parties to meet and confer in an effort to amicably resolve the selection of lead plaintiff and lead/liaison counsel, and to file either a consent order indicating their agreement or renewed motions for the appointment of lead plaintiff and lead/liaison counsel by October 16, 2023 (ECF No. 26).

Pursuant to the Court's direction, on September 29, 2023 and October 5, 2023, counsel for the Competing Movants met and conferred but were unable to resolve their dispute over the selection of lead plaintiff and lead/liaison counsel. In accordance with the Court's prior order to renew motions in the event of an impasse, the Competing Movants respectfully propose an expedited briefing schedule whereby each Competing Movant will file an opening brief on October 16, 2023 and an opposition brief on October 24, 2023; the Competing Movants will waive reply briefs. The Competing Movants believe that the additional briefing will be sufficient for the purposes of presenting their arguments to the Court, especially in light of the briefing that has already occurred.

Based on the foregoing, the parties respectfully request that the Court "So Order" the agreed-upon schedule.

October 10, 2023
Page 2

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: */s/ James E. Cecchi*

James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**

Lester R. Hooker (*pro hac vice forthcoming*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

-and-

Marco A. Dueñas (*pro hac vice forthcoming*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff Pavel Krykhtin and Perdeep Kanda, and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**

Brian Schall (*pro hac vice forthcoming*)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*

Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

*Counsel for Shunsei Tazaki and Proposed Lead Counsel for the Class*

October 10, 2023
Page 3

brian@schallfirm.com

*Additional   Counsel   for   Proposed   Lead
Plaintiff Pavel Krykhtin and Perdeep Kanda*

SO ORDERED

_s/Michael A. Hammer_
Michael A. Hammer, U.S.M.J.

cc: All Counsel of Record (via ECF and email)

**Date:** 10/11/2023

IT IS SO ORDERED

Dated: _____

Hon. Michael A. Hammer, U.S.M.J.