**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Shunsei Tazaki and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:23-cv-03151-ES-MAH |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF SHUNSEI TAZAKI'S RENEWED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| v. | |
| TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN, | **MOTION DATE: NOV. 20, 2023** |
| Defendants. | (Consolidated with Case No. 2:23-cv-03153-ES-MAH) |

I, ADAM M. APTON, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Levi & Korsinsky, LLP, Lead Counsel for movant Shunsei Tazaki ("Mr. Tazaki") and proposed Lead Counsel for the Class. I respectfully submit this supplemental declaration in support of Mr. Tazaki's

1

Renewed Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit A:** Declaration of Shunsei Tazaki in Support of His Motion for Lead Plaintiff; and

**Exhibit B:** Spreadsheet of Press Releases issued by counsel for the Krykhtin/Kanda group identifying the date of the press release, the title of the press release, and confirming its announcement of the Class Period with an end-date of June 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October, 2023.

/s/ Adam M. Apton
Adam M. Apton

2