# EXHIBIT A

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Shunsei Tazaki and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN,<br><br>Defendants. | Case No. 2:23-cv-03151-ES-MAH<br><br>**DECLARATION OF SHUNSEI TAZAKI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br><br><br>(Consolidated with Case No. 2:23-cv-03153-ES-MAH) |

I, Shunsei Tazaki, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my pending renewed motion for appointment as Lead Plaintiff and approval of selection of counsel. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.    I reside in Nagayo-Chou, Nishisonogi-Gun, Nagasaki Prefecture, Japan. I possess a bachelor's degree in mechanical engineering, and am a certified first-class architect and a second-class civil engineering construction management engineer.  I am currently retired, but prior to that I was employed as an engineer in mechanical equipment planning, detailed implementation design, commissioning, and technical management, as well as architectural design and civil engineering construction management. I have been investing in the U.S. markets for eight years, and I also have about 10 years of experience investing in the Hong Kong and Japanese stock markets. I also have investment experience in real estate and land transactions.

3.    In my search to select the best counsel to represent the class, I received applications from, and personally interviewed, six different securities litigation firms. I retained the law firm of Levi & Korsinsky, LLP to represent me in this action after speaking with one of the firm's partners, researching the firm's practice areas and past representations, and negotiating a competitive retainer agreement. I lost a significant amount of money in connection with my investment in Tingo Group, Inc., and, as a result, want to play an active role in the litigation.

4.    I am aware of the lead plaintiff's obligations and responsibilities, including to oversee and supervise the litigation and my attorneys for the benefit of myself and the class. I am willing to fulfill those responsibilities. If appointed as the

2

lead plaintiff, I will do my best to obtain the largest recovery possible and protect the interests of all class members.

5.      I understand that in addition to myself, there are two other Tingo shareholders seeking to be appointed together as lead plaintiff. Additional motions were filed by other shareholders but were then subsequently withdrawn. If appointed as lead plaintiff, I will provide excellent representation for my fellow class members considering my educational and professional background and dedication to locating the best attorneys for the case. To date, I have already taken steps to aid the class in this regard. These steps include the negotiation of a competitive retainer agreement with my counsel that maximizes the recovery for the class by capping attorneys' fees to a certain percentage, inclusive of costs and expenses, below the standard one-third percentage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2023.

*Shunsei Tazaki Oct.21.2023 nag.bbiq.jp*
Shunsei Tazaki Oct.21.2023 nag.bbiq.jp (Oct 21, 2023 03:39 GMT+9)
_____
Shunsei Tazaki

3