# EXHIBIT B

| | Firm | Title | Link | Published Date |
|---|---|---|---|---|
| 1 | Schall Law Frim | INVESTOR DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=760220&lang=en | 6/9/2023 |
| 2 | Schall Law Frim | DEADLINE ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=760471&lang=en | 6/10/2023 |
| 3 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=760535&lang=en | 6/11/2023 |
| 4 | Schall Law Frim | FINAL DEADLINE REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=760605&lang=en | 6/12/2023 |
| 5 | Schall Law Frim | INVESTOR ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/169613/INVESTOR-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/12/2023 |
| 6 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=760839&lang=en | 6/13/2023 |
| 7 | Schall Law Frim | INVESTOR ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/169717/INVESTOR-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/13/2023 |
| 8 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=761194&lang=en | 6/14/2023 |
| 9 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/169947/SHAREHOLDER-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/14/2023 |
| 10 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $500,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=761436&lang=en | 6/15/2023 |
| 11 | Schall Law Frim | SHAREHOLDER ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/170106/SHAREHOLDER-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/15/2023 |
| 12 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=761693&lang=en | 6/16/2023 |
| 13 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/170241/SHAREHOLDER-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/16/2023 |
| 14 | Schall Law Firm | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=761905&lang=en | 6/17/2023 |
| 15 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=761955&lang=en | 6/18/2023 |
| 16 | Schall Law Frim | INVESTOR ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/170440/INVESTOR-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/19/2023 |
| 17 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=762191&lang=en | 6/20/2023 |
| 18 | Schall Law Frim | INVESTOR ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/170463/INVESTOR-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/20/2023 |
| 19 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=762618&lang=en | 6/21/2023 |
| 20 | Schall Law Frim | INVESTOR ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/170793/INVESTOR-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/21/2023 |
| 21 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=763059&lang=en | 6/22/2023 |
| 22 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/170930/SHAREHOLDER-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/22/2023 |
| 23 | Schall Law Frim | SHAREHOLDER ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/171077/SHAREHOLDER-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/23/2023 |
| 24 | Schall Law Firm | DEADLINE ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=763500&lang=en | 6/23/2023 |

| | | | | |
|---|---|---|---|---|
| 25 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/171270/SHAREHOLDER-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/26/2023 |
| 26 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=763678&lang=en | 6/26/2023 |
| 27 | Schall Law Frim | INVESTOR ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/171415/INVESTOR-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/27/2023 |
| 28 | Schall Law Frim | INVESTOR ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/171576/INVESTOR-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/28/2023 |
| 29 | Schall Law Frim | INVESTOR ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/171748/INVESTOR-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/29/2023 |
| 30 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=764648&lang=en | 6/29/2023 |
| 31 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/171975/SHAREHOLDER-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 6/30/2023 |
| 32 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=764952&lang=en | 6/30/2023 |
| 33 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=765108&lang=en | 7/1/2023 |
| 34 | Schall Law Frim | SHAREHOLDER ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/172163/SHAREHOLDER-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/3/2023 |
| 35 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=765597&lang=en | 7/5/2023 |
| 36 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/172267/SHAREHOLDER-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/5/2023 |
| 37 | Schall Law Frim | DEADLINE ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=765874&lang=en | 7/6/2023 |
| 38 | Schall Law Frim | INVESTOR ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/172551/INVESTOR-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/6/2023 |
| 39 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=766105&lang=en | 7/7/2023 |
| 40 | Schall Law Frim | INVESTOR ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/172552/INVESTOR-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/7/2023 |
| 41 | Schall Law Frim | DEADLINE ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=766292&lang=en | 7/8/2023 |
| 42 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $500,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=766401&lang=en | 7/10/2023 |
| 43 | Schall Law Frim | INVESTOR ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/172870/INVESTOR-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/10/2023 |
| 44 | Schall Law Frim | DEADLINE ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=766803&lang=en | 7/11/2023 |
| 45 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/173029/SHAREHOLDER-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/11/2023 |
| 46 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=767245&lang=en | 7/12/2023 |
| 47 | Schall Law Frim | SHAREHOLDER ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/173196/SHAREHOLDER-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/12/2023 |
| 48 | Schall Law Frim | DEADLINE ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=767577&lang=en | 7/13/2023 |
| 49 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/173351/SHAREHOLDER-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/13/2023 |

| | | | | |
|---|---|---|---|---|
| 50 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=767893&lang=en | 7/14/2023 |
| 51 | Schall Law Frim | INVESTOR ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/173489/INVESTOR-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/14/2023 |
| 52 | Schall Law Frim | INVESTOR ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/173714/INVESTOR-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/17/2023 |
| 53 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=768573&lang=en | 7/18/2023 |
| 54 | Schall Law Frim | INVESTOR ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/173869/INVESTOR-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/18/2023 |
| 55 | Schall Law Frim | INVESTOR DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=768966&lang=en | 7/19/2023 |
| 56 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/174019/SHAREHOLDER-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/19/2023 |
| 57 | Schall Law Frim | DEADLINE ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=769304&lang=en | 7/20/2023 |
| 58 | Schall Law Frim | SHAREHOLDER ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/174160/SHAREHOLDER-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/20/2023 |
| 59 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/174329/SHAREHOLDER-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/21/2023 |
| 60 | Schall Law Frim | DEADLINE ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=769824&lang=en | 7/24/2023 |
| 61 | Schall Law Frim | INVESTOR ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/174584/INVESTOR-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/24/2023 |
| 62 | Schall Law Frim | FINAL DEADLINE APPROACHING: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=770079&lang=en | 7/25/2023 |
| 63 | Schall Law Frim | INVESTOR ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/174741/INVESTOR-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/25/2023 |
| 64 | Schall Law Frim | INVESTOR DEADLINE ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=770375&lang=en | 7/26/2023 |
| 65 | Schall Law Frim | INVESTOR ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/174911/INVESTOR-ACTION-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/26/2023 |
| 66 | Schall Law Frim | SHAREHOLDER ACTION ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/175054/SHAREHOLDER-ACTION-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/27/2023 |
| 67 | Schall Law Frim | AUGUST 7 DEADLINE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=770810&lang=en | 7/28/2023 |
| 68 | Schall Law Frim | SHAREHOLDER ACTION REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/175200/SHAREHOLDER-ACTION-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/28/2023 |
| 69 | Schall Law Frim | AUGUST 7 DEADLINE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=771010&lang=en | 7/29/2023 |
| 70 | Schall Law Frim | SHAREHOLDER ACTION NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=771154&lang=en | 7/31/2023 |
| 71 | Schall Law Frim | 7-DAY DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/175386/7DAY-DEADLINE-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 7/31/2023 |
| 72 | Schall Law Frim | 6-DAY DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $250,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=771424&lang=en | 8/1/2023 |
| 73 | Schall Law Frim | MONDAY DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/175594/MONDAY-DEADLINE-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 8/1/2023 |
| 74 | Schall Law Frim | 5-DAY DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $500,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=771710&lang=en | 8/2/2023 |

| | | | | |
|---|---|---|---|---|
| 75 | Schall Law Frim | MONDAY DEADLINE REMINDER: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/175781/MONDAY-DEADLINE-REMINDER-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 8/2/2023 |
| 76 | Schall Law Frim | 4-DAY DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $500,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=772019&lang=en | 8/3/2023 |
| 77 | Schall Law Frim | MONDAY DEADLINE NOTICE: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/175942/MONDAY-DEADLINE-NOTICE-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 8/3/2023 |
| 78 | Schall Law Frim | 3-DAY DEADLINE ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=772313&lang=en | 8/4/2023 |
| 79 | Schall Law Frim | DEADLINE MONDAY ALERT: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/176088/DEADLINE-MONDAY-ALERT-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 8/4/2023 |
| 80 | Schall Law Frim | FINAL DEADLINE MONDAY: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $750,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=772442&lang=en | 8/5/2023 |
| 81 | Schall Law Frim | FINAL DEADLINE MONDAY: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $500,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=772501&lang=en | 8/6/2023 |
| 82 | Schall Law Frim | FINAL DEADLINE TODAY: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.accesswire.com/viewarticle.aspx?id=772563&lang=en | 8/7/2023 |
| 83 | Schall Law Frim | DEADLINE TODAY: The Schall Law Firm Encourages Investors in Tingo Group, Inc. with Losses of $100,000 to Contact the Firm | https://www.newsfilecorp.com/release/176307/DEADLINE-TODAY-The-Schall-Law-Firm-Encourages-Investors-in-Tingo-Group-Inc.-with-Losses-of-100000-to-Contact-the-Firm | 8/7/2023 |