**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **CHRISTOPHER ARBOUR,** *Individually and on Behalf of All Others Similarly Situated*, | : | **Civil Action No. 23-3151 (ES) (MAH)** |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **TINGO GROUP, INC., et al.,** | : |  |
|  | : |  |
| **Defendants.** | : |  |
|  | : |  |
| **MARK J. BLOEDORN,** *Individually and on behalf of All Others Similarly Situated*, | : | **Civil Action No. 23-3153 (ES) (MAH)** |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| v. | : | **ORDER** |
|  | : |  |
| **TINGO GROUP, INC., et al.,** | : |  |
|  | : |  |
| **Defendants.** | : |  |

This matter having come before the Court on the competing motions of Plaintiff Shunsei Tazaki ("Tazaki") and Plaintiffs Perdeep Kanda & Pavel Krykhtin ("Kanda & Krykhtin") to appoint lead plaintiff and lead counsel [D.E. 29; D.E. 31];

and each movant having opposed the respective motions [D.E. 35; DE 37];

and the Court having considered the motions on the papers pursuant to Federal Rule of Civil Procedure 78;

and the Court having considered the moving papers, procedural history of this matter and the applicable law;

and for the reasons set forth in the accompanying Opinion of this date;

and good cause having been shown;

**IT IS ON THIS 14th day of February 2024,**

**ORDERED** that Kanda's & Krykhtin's motion to appoint lead plaintiff and lead counsel is **granted** [D.E. 31]; and it is further

 **ORDERED** Tazaki's motion to appoint lead plaintiff and lead counsel is **denied** [D.E. 29]; and it is further

**ORDERED** there shall be a telephone status conference before the Undersigned on **March 22, 2024, at 12:00 p.m.**  The parties shall dial 1-888-684-8852 and access code 1456817# to join the call. The parties shall file a joint discovery plan by **March 19, 2024**.

.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**