

Jaclyn DeMais
Tel 973.360.7900
Fax 973.301.8410
demaisj@gtlaw.com

April 8, 2024

**VIA E-FILING**

Judge Michael A. Hammer
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, N.J. 07101

**Re:** *Arbour v. Tingo Group, Inc. et al.*, **Case No: 2:23-cv-03151-ES-MAH**
*Bloedorn V. Tingo Group Inc. et al.*, **Case No.: 2:23-CV-03153-ES-MAH**

Dear Judge Michael A. Hammer:

Per Your Honor's March 22, 2024 Text Order (ECF No. 59 in the *Arbour* action), please be advised that Greenberg Traurig, LLP intends to withdraw as defense counsel due to non-payment, and we propose a deadline of April 19, 2024, to submit a formal motion to withdraw.

In light of, among other things, the complaint filed by the SEC against the Company and others on December 18, 2023, which raises issues concerning the authenticity of Tingo Mobile and Tingo Foods financial documents, we cannot comment on the Company's financial viability.

Respectfully,

*Jaclyn DeMais*
Jaclyn DeMais

JD:ib
cc: All Counsel of Record

**Greenberg Traurig, LLP | Attorneys at Law**
500 Campus Drive | Suite 400 | Florham Park, New Jersey 07932 | T +1 973.360.7900 | F +1 973.301.8410

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁑. Las Vegas. London⁂. Long Island. Los Angeles. Mexico City⁺. Miami. Milan»⁑. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul∞. Shanghai. Silicon Valley. Singapore⁑. Tallahassee. Tampa. Tel Aviv^. Tokyo⁕. United Arab Emirates⁑. Warsaw~. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; "Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ¿Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

ACTIVE 697071059v1