# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **www.carellabyrne.com** | STEVEN G. TYSON | BRIAN F. O'TOOLE |
| | BRIAN H. FENLON | | MATTHEW J. CERES | SEAN M. KILEY |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | ROBERT J. VASQUEZ |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | BRITTNEY M. MASTRANGELO |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

April 10, 2024

**Via ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

> Re:   *Arbour v. Tingo Group, et al.,*
>        **Case No. 2:23-cv-3151-ES-MAH**

Dear Judge Hammer:

We, along with Co-counsel, represent Lead Plaintiffs in the above-captioned action. Lead Plaintiffs are currently scheduled to serve their Amended Complaint on Defendants by April 15, 2024. (ECF No. 59). As discussed during the March 22, 2024 conference with Your Honor, Lead Plaintiffs indicated that this schedule might require modification should defense counsel withdraw from the litigation.

On April 8, 2024, defense counsel Greenberg Traurig LLP stated its intent "to withdraw as defense counsel due to non-payment" and on April 9, 2024, the Court ordered that withdrawal motion be filed by April 19, 2024. (ECF Nos. 60 and 61).

In light of defense counsel's forthcoming motion to withdraw themselves as counsel, Lead Plaintiffs respectively request that the Court stay the April 15, 2024 deadline for Lead Plaintiffs' filing of their Amended Complaint until 14 days after the Court's resolution of the forthcoming motion to withdraw.

We appreciate the Court's attention to this matter and are available to answer any questions that the Court may have.

April 10, 2024
Page 2

Respectfully submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*/s/James E. Cecchi*
James E. Cecchi

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date:  4/11/2024

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION