Robert Horowitz (*admitted pro hac vice*)
Jason H. Kislin, Esq. (033332003)
Jaclyn DeMais, Esq. (071692013)
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 360-7900
*Attorneys for Defendants Tingo Group, Inc.,*
*Dozy Mmobuosi, Darren Mercer,*
*And Kevin Chen*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN,<br><br>Defendants. | Civil Action No. 2:23-cv-03151-ES-MAH |
| MARK J. BLOEDORN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC., DARREN MERCER, HAO (KEVIN) CHEN, and DOZY MMOBUOSI<br><br>Defendants. | Civil Action No. 2:23-cv-03153-ES-MAH<br><br><br>**NOTICE OF MOTION**<br>**TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that on May 13, 2024, or soon thereafter as counsel may be heard,

the undersigned attorneys for Defendants Tingo Group, Inc., Dozy Mmobuosi, Darren Mercer and

Kevin Chen (collectively, "Defendants") shall move before the United States District Court for the District of New Jersey, for an Order granting Greenberg Traurig, LLP's motion to withdraw as counsel.

   **PLEASE TAKE FURTHER NOTICE** that in support of this Motion Counsel submits the accompany Memorandum of Law and Declaration of Robert A. Horowitz, Esq.

   **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

                                        **GREENBERG TRAURIG, LLP**

Dated:  April 19, 2024                  By: */s/  Jason H. Kislin*
                                        Jason H. Kislin
                                        Robert Horowitz (*admitted pro hac vice*)
                                        Jaclyn DeMais
                                        500 Campus Drive, Suite 400
                                        Florham Park, NJ 07932
                                        Phone: (973) 360-7900
                                        Facsimile: (973) 301-8410
                                        kislinj@gtlaw.com

                                        *Attorneys for Defendants*

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 19, 2024, I caused the foregoing Notice of Motion to Withdraw as Counsel, the Memorandum of Law and Declaration in support, and Proposed Order to be electronically filed with the Court using CM/ECF system and served copies of the same via email to following:

Tingo Group, Inc.
Dozy Mmobuosi
Darren Mercer
Kevin Chen


_/s/ Jason H. Kislin_____

Dated: April 19, 2024                              Jason H. Kislin