**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **CHRISTOPHER ARBOUR,** *Individually and on Behalf of All Others Similarly Situated,* | : | **Civil Action No. 23-3151 (ES) (MAH)** |
| **Plaintiff,** | : | |
| v. | : | |
| **TINGO GROUP, INC., et al.,** | : | |
| **Defendants.** | : | |
| **MARK J. BLOEDORN,** *Individually and on behalf of All Others Similarly Situated,* | : | **Civil Action No. 23-3153 (ES) (MAH)** |
| **Plaintiff,** | : | |
| v. | : | |
| **TINGO GROUP, INC., et al.,** | : | **ORDER** |
| **Defendants.** | : | |

This matter having come before the Court on the motion of Greenberg Traurig LLP, as counsel for Defendants, to withdraw as counsel in this matter pursuant to Local Civil Rule 101.1 and New Jersey Rule of Professional Conduct 1.16(b) [D.E. 64];

and the Plaintiffs not having objected to the motion;

and the Defendants not having objected to the motion;

and the Court having held a hearing on the motion on May 28, 2024;

and for the reasons set forth on the record on May 28, 2024;

and for good cause shown;

IT IS on this 28th day of May 2024,

ORDERED as follows:

1.    Greenberg Traurig LLP's motion to withdraw as counsel to Defendants [D.E. 64] is **GRANTED**.

2.    Any new counsel for any Defendant shall file an appearance in this matter on or before **July 29, 2024.**  Due to the age of this case, and the fact that Defendants have long known of Greenberg Traurig's intention to move to withdraw, this deadline will not be extended.

3.    There will be a telephone status conference in this matter on **August 20, 2024, at 12:00 p.m.**  The parties will dial 888-684-8852 and enter 1456817# to join the call. At that conference, the parties will be prepared to discuss, among other things, the status of these matters, the deadline for Plaintiffs to file any amended complaint, and a briefing schedule for any motion to dismiss.

4.    On or before **May 30, 2024**, Greenberg Traurig LLP will kindly serve a copy of this Order on each Defendant and file a letter confirming same.

.

*s/ Michael A. Hammer*_____
**UNITED STATES MAGISTRATE JUDGE**

2