**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **CHRISTOPHER ARBOUR,** *Individually and on Behalf of All Others Similarly Situated*, | : | Civil Action No. 23-3151 (ES) (MAH) |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **TINGO GROUP, INC., et al.,** | : |  |
|  | : |  |
| **Defendants.** | : |  |
|  | : |  |
| **MARK J. BLOEDORN,** *Individually and on behalf of All Others Similarly Situated*, | : | Civil Action No. 23-3153 (ES) (MAH) |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| v. | : | **ORDER** |
|  | : |  |
| **TINGO GROUP, INC., et al.,** | : |  |
|  | : |  |
| **Defendants.** | : |  |

This matter having come before the Court for a telephone status conference held on the record on August 20, 2024;

and counsel for Plaintiffs and counsel for Defendant Darren Mercer having appeared for the conference;

and no counsel or duly authorized representative for Defendants Tingo Group, Dozy Mmbuosi, or Hao (Kevin) Chen having appeared for the conference;[1]

---

[1] By Order filed on May 28, 2024 [D.E. 70], the Court granted Greenberg Traurig LLP's motion to withdraw as counsel to Defendants, and required any new counsel for Defendants to file an

and it appearing that Plaintiffs seek to move to amend the Complaint;

and it further appearing that Defendant Darren Mercer does not object to Plaintiff filing the Amended Complaint, without prejudice to Defendant Mercer's right to answer, move, or otherwise respond to the Amended Complaint as Defendant Mercer deems appropriate;

and for good cause shown;

IT IS on this 21st day of August 2024,

ORDERED that Plaintiff shall file the Amended Complaint on or before **September 20, 2024**; and it is further

ORDERED that any Answer or motion to dismiss the Amended Complaint shall be filed by **November 4, 2024**; and it is further

ORDERED that there will be a telephone status conference in this matter on **November 19, 2024, at 2:00 p.m.**  The parties shall dial 888-684-8852 and enter 1456817# to join the conference.

.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**

---

appearance in this matter by July 29, 2024.  The Court also required outgoing Defense counsel to serve a copy of the Order on the Defendants.

2