| | |
|---|---|
| James E. Cecchi<br>Kevin Cooper<br>**CARELLA, BYRNE, CECCHI,**<br>**BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel.: (973) 994-1700<br>Fax: (973) 994-1744<br>jcecchi@carellabyrne.com<br>kcooper@carellabyrne.com<br><br>*Liaison Counsel for Lead Plaintiffs* | Steven B. Singer (*pro hac vice* forthcoming)<br>Sara DiLeo (*pro hac vice*)<br>**SAXENA WHITE P.A.**<br>10 Bank Street, Suite 882<br>White Plains, NY 10606<br>Tel.: (914) 437-8551<br>Fax: (888) 216-2220<br>ssinger@saxenawhite.com<br>sdileo@saxenawhite.com<br><br>*Counsel for Lead Plaintiffs and Lead Counsel for the Class*<br><br>*[Additional Counsel on Signature Page]* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ARBOUR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TINGO GROUP, INC. F/K/A MICT, INC., DOZY MMOBUOSI, DARREN MERCER, and KEVIN CHEN,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-03151-ES-MAH<br><br>Hon. Esther Salas<br><br>CLASS ACTION |

## NOTICE OF LEAD PLAINTIFFS' VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, on June 8, 2023, the above-captioned securities fraud class action was filed asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) and 78t(a), and SEC Rule l0b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (ECF No. 1);

WHEREAS, by Order dated February 14, 2024, the Court appointed Perdeep Kanda and Pavel Krykhtin as Lead Plaintiffs (hereinafter, "Lead Plaintiffs"), and approved Lead Plaintiffs' selection of Saxena White P.A. as Lead Counsel and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel for the putative class (ECF No. 51);

WHEREAS, by Order dated August 21, 2024, the Court ordered that Lead Plaintiffs file their Amended Consolidated Class Action Complaint (the "Amended Complaint,") by September 20, 2024, and that defendants file any answer or otherwise respond to the Amended Complaint by November 4, 2024 (ECF No. 72);

WHEREAS, on September 20, 2024, Lead Plaintiffs filed their Amended Complaint (ECF No. 73);

WHEREAS, on October 17, 2024, the Court granted Defendant Darren Mercer's request that the deadline to answer or otherwise respond to the Amended Complaint be extended from November 4, 2024 to December 4, 2024 (ECF No. 75);

1

WHEREAS, on November 26, 2024, the Court granted Defendant Darren Mercer's request that the deadline to answer or otherwise respond to the Amended Complaint be extended from December 4, 2024 to February 7, 2024 (ECF No. 77);

WHEREAS, a class has not been certified in this action, and no defendant in this action has served an answer or motion for summary judgment.

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiffs hereby voluntarily dismiss the above-captioned action, without prejudice, as to all defendants.

Dated: December 18, 2024            Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: /s/ *James E. Cecchi*
James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs*

**SAXENA WHITE P.A.**

Steven B. Singer (*pro hac vice* forthcoming)
Sara DiLeo (*pro hac vice*)
Marco A. Dueñas (*pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606

2

Tel.: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
sdileo@saxenawhite.com
mduenas@saxenawhite.com

-and-

Scott M. Koren (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
skoren@saxenawhite.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**

Brian Schall (*pro hac vice* forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ James E. Cecchi*
James E. Cecchi